| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Anna Nguyen, 226829<br>WACTOR & WICK, LLP<br>180 Grand Avenue<br>Oakland, CA 946123771 | (510) 465-5750 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: none | |

FILED
07 MAY 23 PM 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Virginia Pellegrini, Trustee and Virginia Pellegri

DEFENDANT:

Technichem, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2497 BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint for Environmental Cost Recovery and Contribution, Injunctive Relief, Declaratory Relief and Damages, Civil Cover Sheet, Summons in a Civil Case, Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Contents of Joint Case Management Statement, See Attachment

2. Party Served: Stephen S. Tung

**BY FAX**

3. Person Served: party in item 2

4. Date & Time of Delivery: May 15, 2007    9:37 am

5. Address, City and State: 2349 Lincoln Avenue
Hayward, CA 94545

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 44.00

Registered California process server.
County: ALAMEDA
Registration No.: 850
Expiration: November 8, 2006

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 21, 2007 at Oakland, California.

Signature: _____
Ceaser Railey

Attachment:

Welcome To The District Court, San Francisco Packet, Notice of Assignment of Case to a United States Magistrate Judge For Trial, Blank Consent to Proceed Before a United States Magistrate Judge, Blank Declaration to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, EFC Registration Information Handbook