| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Anna Nguyen, 226829<br>WACTOR & WICK, LLP<br>180 Grand Avenue<br>Oakland, CA 946123771 | (510) 465-5750 | **FILED**<br>MAY 25 AM 10: 27<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No or File No<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF

Virginia Pellegrini, Trustee and Virginia Pellegri

DEFENDANT:

Technichem, Inc.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 2497 BZ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint for Environmental Cost Recovery and Contribution, Injunctive Relief, Declaratory Relief and Damages, Civil Cover Sheet, Summons in a Civil Case, Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Contents of Joint Case Management Statement, Welcome To The District Court, San Francisco Packet, Notice of Assignment of Case to a United States Magistrate Judge For Trial, Blank Consent to Proceed Before a

2. Party Served:              John M. Sanger

3. Person Served:             party in item 2                               **BY FAX**

   a. Left with:              Liz O'Keefe, Receptionist- Person in Charge of Office

4. Date & Time of Delivery:   May 16, 2007        2:05 pm

5. Address, City and State:   One Embarcadero Center 12th Floor
                              San Francisco, CA  94111

6. Manner of Service:         By leaving the copies with or in the presence of Liz O'Keefe, Receptionist, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

68.25

Registered California process server.
County: ALAMEDA
Registration No.: 850
Expiration: November 8, 2006

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 23, 2007 at Oakland, California.

Signature: _____

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Anna Nguyen, 226829 <br> WACTOR & WICK, LLP <br> 180 Grand Avenue <br> Oakland, CA 946123771 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO: <br> (510) 465-5750 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br><br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | Ref. No. or File No <br><br> none | |

PLAINTIFF:

Virginia Pellegrini, Trustee and Virginia Pellegri

DEFENDANT:

Technichem, Inc.

| **PROOF OF SERVICE BY MAIL** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> C 07 2497 BZ |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On May 23, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Complaint for Environmental Cost Recovery and Contribution, Injunctive Relief, Declaratory Relief and Damages, Civil Cover Sheet, Summons in a Civil Case, Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Contents of Joint Case Management Statement, Welcome To The District Court, San Francisco Packet, Notice of Assignment of Case to a United States Magistrate Judge For Trial,

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

John M. Sanger
One Embarcadero Center, 12th Floor
San Francisco, CA 94111

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

68.25

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 23, 2007 at Oakland, California.

*Lee Major*

Lee Major