UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Virginia Pellegrini,

        Plaintiff(s).

v.

Technichem Inc., et al.,

        Defendant(s).
_____/

No. C07-2497 BZ

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set on **August 27, 2007** at **4:00 p.m.** is hereby **VACATED**.

Dated: May 30, 2007

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            *Lashanda Scott*
                                            By: Lashanda Scott - Deputy Clerk to
                                            Magistrate Judge Bernard Zimmerman

reassign.DCT