IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, | No. C 07-02497 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| TECHNICHEM INC, | |
| Defendant._____/ | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 5, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before September 28, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 4, 2007                                              FOR THE COURT,

                                                                            Richard W. Wieking, Clerk
                                                                            By:_____
                                                                               Barbara Espinoza
                                                                               Courtroom Deputy