```
 1  BRIAN M. LEDGER (SBN 156942)
    bledger@gordonrees.com
 2  PAUL A. HENREID (SBN 214527)
    phenreid@gordonrees.com
 3  GORDON & REES LLP
    101 West Broadway, Suite 1600
 4  San Diego, CA  92101
    Telephone:  (619) 696-6700
 5  Facsimile:  (619) 696-7124
 6
    Attorneys For Defendants TECHNICHEM, INC., MARK J. NG,
 7  and STEPHEN S. TUNG
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>TECHNICHEM, INC., a California corporation; MARK J. NG, an individual; and STEPHEN S. TUNG, an individual,<br><br>                Defendants. | Case No. 07-CV-02497-CRB<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Courtroom: 8, 19th floor<br>Judge: Charles R. Breyer<br><br>Complaint Filed:  May 9, 2007 |

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

1

**INTERESTED ENTITY OR PERSON**

A.   Zurich North America – liability insurance carrier

Dated: June 5, 2007

**GORDON & REES LLP**

_/s/ Paul Henreid_
Brian M. Ledger
Paul A. Henreid
Attorneys for Defendants TECHNICHEM, INC., MARK J. NG, AND STEPHEN S. TUNG

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

CAM/1045704/443252v.1