1 | BRIAN M. LEDGER (SBN: 156942)
bledger@gordonrees.com
2 | PAUL HENREID (SBN: 214527)
phenreid@gordonrees.com
3 | GORDON & REES LLP
101 West Broadway, Suite 1600
4 | San Diego, CA 92101
Telephone: (619) 696-6700
5 | Facsimile: (619) 696-7124

6 | Attorneys For: Defendants
TECHNICHEM, INC., A CALIFORNIA CORPORATION; MARK J. NG, AN
7 | INDIVIDUAL; STEPHEN S. TUNG, AN INDIVIDUAL

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | VIRGINIA PELLEGRINI, Trustee of the ) CASE NO.
Mario J. and Virginia E. Pellegrini Trust, )
11 | and VIRGINIA PELLEGRINI, an ) **PROOF OF SERVICE**
individual, )
12 | )
)
Plaintiff, )
13 | ) Complaint filed: May 9, 2007
vs. ) Trial Date: **
14 | )
TECHNICHEM, INC., a California )
15 | corporation, MARK J. NG, an )
individual; STEPHEN S. TUNG, an )
16 | individual, )
)
17 | Defendants. )
)

18 | 

19 | 

20 | I, the undersigned, say: I am over 18 years of age, employed in the County

21 | of San Diego, California, in which the within-mentioned service occurred; and that

22 | I am not a party to the subject cause. My business address is 101 West Broadway,

23 | Suite 1600, San Diego, California 92101.

24 | I hereby certify that on June 5, 2007, a copy of the foregoing documents

25 | listed below were filed electronically.

26 | 1. **DEFENDANTS TECHNICHEM, INC.. MARK J. NG, AND STEPHEN
S. TUNG'S EX PARTE APPLICATION AND ORDER EXTENDING**
27 | **TIME TO PLEAD; EXHIBITS A AND B**

28 | 

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

-1-
PROOF OF SERVICE

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2. DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Notice of this filing will be sent by operation of the Court's electronic filing system to the following parties which are indicated on the electronic filing receipt.

Anna L. Nguyen (SBN: 226829)
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612-3572
Ph: (510) 465-5750
Fax: (510) 465-5697

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 5, 2006.

_____
Sharon Daubert

PEND/7000649/443239v.1

- 2 -