UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Virginia Pellegrini, et al.

        Plaintiff(s),

        v.

Technichem, Inc., et al.

        Defendant(s).
_____/

Case No. 07-CV-02497-CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/6/07

                                              Virginia Pellegrini
                                              [Party]

Dated: 8/6/07

                                              William D. W[c]k
                                              [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

Rev. 12/05

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 180 Grand Avenue, Suite 950, Oakland, California. On August 6, 2007 I served the within document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ By facsimile transmission from fax number (510) 465-5697 to the facsimile number(s) as set forth below;

**X** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Oakland, CA, addressed as set forth below;

☐ by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below;

☐ by placing the document(s) listed above in a sealed envelope with postage fully prepaid, and mailing via overnight mail service, addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 6, 2007 at Oakland, California.

_Carol Ebert_
Carol Ebert

**Addressee(s):**

Brian M. Ledger
Paul A. Henreid
Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
*Attorneys for Defendants Technichem Inc., Mark J. Ng, and Stephen S. Tung*

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612