UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Virginia Pellegrini, an individual, et al.

        Plaintiff(s),

v.

Technichem Inc., a California corporation, et al.

        Defendant(s).

Case No. 07-CV-02497-CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08-06-2007

Mark J. Ng *[signature]*
[Party]

Dated: 08-06-2007

Paul A. Henreid, Esq. *[signature]*
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

BRIAN M. LEDGER (SBN: 156942)
bledger@gordonrees.com
PAUL HENREID (SBN: 214527)
phenreid@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Defendants
TECHNICHEM, INC., A CALIFORNIA CORPORATION; MARK J. NG, AN INDIVIDUAL; STEPHEN S. TUNG, AN INDIVIDUAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNICHEM, INC., a California corporation, MARK J. NG, an individual; STEPHEN S. TUNG, an individual,<br><br>Defendants. | CASE NO.<br><br>**PROOF OF SERVICE**<br><br>Complaint filed: May 9, 2007<br>Trial Date: ** |

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 1600, San Diego, California 92101.

I hereby certify that on August 6, 2007, a copy of the foregoing documents listed below were filed electronically:

**1.    ADR CERTIFICATION BY PARTIES AND COUNSEL**

1     Notice of this filing will be sent by operation of the Court's electronic filing
2 system to the following parties which are indicated on the electronic filing receipt.

3     Anna L. Nguyen (SBN: 226829)
    Wactor & Wick LLP
4     180 Grand Avenue, Suite 950
    Oakland, CA 94612-3572
5     Ph: (510) 465-5750
    Fax: (510) 465-5697
6

7     I declare that I am employed in the offices of a member of the bar of this
8 court whose direction the service was made.

9     I declare under penalty of perjury under the laws of the State of California
10 that the foregoing is true and correct. Executed on August 6, 2007.

*[signature]*
Sharon Daubert