# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pellegrini, | 07-02497 CRB ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Technichem, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Brian S. Haughton**
Barg Coffin Lewis & Trapp, LLP
One Market Street, Steuart Tower
Suite 2700
San Francisco, CA 94105
415-228-5400

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02497 CRB ENE                                      - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: August 27, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:     Alice M. Fiel

7

8  ─────────────────────────────
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

10

**United States District Court**
**Northern District of California**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Evaluator**
07-02497 CRB ENE                    - 2 -