**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   VIRGINIA PELLEGRINI,                              No. C 07-2497 CRB

11            Plaintiff,                               **Clerk's Notice**

12       v.

13   TECHNICHEM INC.,

14            Defendant.

15   _____/

16   YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference

17   currently on calendar for 8:30 on October 5, 2007 to **1:30 p.m. on Friday, October 5, 2007** before

18   the Honorable Charles R. Breyer.

19   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

20   San Francisco, CA  94102.

21

22   Dated: September 5, 2007                          FOR THE COURT,

23                                                     Richard W. Wieking, Clerk

24                                                     By:_____

25                                                         Barbara Espinoza
                                                          Courtroom Deputy
26
27
28