1  Brian M. Ledger (SBN 156942)
   bledger@gordonrees.com
2  Paul A. Henreid (SBN 214527)
   phenreid@gordonrees.com
3  GORDON & REES LLP
   101 West Broadway, Suite 1600
4  San Diego, CA  92101
   Telephone:  (619) 696-6700
5  Facsimile:   (619) 696-7124

6

7  Attorneys For Defendants TECHNICHEM, INC., MARK J. NG,
   and STEPHEN S. TUNG

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  VIRGINIA PELLEGRINI, Trustee of the )   Case No. 07-CV-02497-CRB
    Mario J. and Virginia E. Pellegrini Trust, )
11  and VIRGINIA PELLEGRINI, an           )
    individual                            )   **NOTICE OF** *EX PARTE*
12                                        )   **APPLICATION TO CONTINUE**
                                          )   **CASE MANAGEMENT**
13                      Plaintiff,        )   **CONFERENCE;**
                                          )   **MEMORANDUM OF POINTS**
14  v.                                    )   **AND AUTHORITIES;**
                                          )   **DECLARATION OF BRIAN M.**
15  TECHNICHEM, INC., a California        )   **LEDGER;** ~~[PROPOSED]~~ **ORDER**
    corporation; MARK J. NG, an individual; )
16  and STEPHEN S. TUNG, an individual,   )
                                          )   Date:  October 5, 2007
17                                        )   Time:  1:30 pm
                        Defendants.       )   Courtroom: 8, 19th floor
18                                        )   Judge: Charles R. Breyer
                                          )
19                                        )   Complaint Filed:  May 9, 2007
20  _____ )

21          PLEASE TAKE NOTICE that Defendants TECHNICHEM, INC., MARK J.

22  NG, and STEPHEN S. TUNG (collectively "Defendants") submit the following *Ex*

23  *Parte* Application to Continue Case Management Conference to **October 26, 2007**

24  **at 8:30 a.m.**  Defendants bring this Application pursuant to LR 7-10 and paragraph

25  4 of the Court's Standing Order.  Plaintiffs' counsel opposes this Application.  This

26  Application is supported by this Notice, the memorandum of points and authorities

27  reflecting the requisite good cause, and the Declaration of Brian M. Ledger

28  ("Ledger Decl.").

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  LEGAL AUTHORITY

Paragraph 4 of this Court's Standing Order states:

No changes in the Court's schedule shall be made *except by signed order of the Court and only upon a showing of good cause.* Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an *ex parte* application in writing.

### II.  GOOD CAUSE EXISTS TO CONTINUE THE CASE MANAGEMENT CONFERENCE

Good cause exists for this Court to continue the initial Case Management Conference ("CMC") until **8:30 a.m. on October 26, 2007.**

On September 5, 2007, the Court changed the time of the initial CMC from 8:30 a.m. to 1:30 p.m. on October 5, 2007. Brian Ledger, lead trial counsel for Defendants, was planning on attending the CMC; however, he had already purchased an airline ticket for a two-week vacation that was to leave San Francisco, California at 3:10 p.m. for Amsterdam. (Ledger Decl. ¶3) Mr. Ledger investigated the possibility of changing his flight, but the additional fees would have amounted to over $500. (Ledger Decl. ¶4)

Upon discovering the financial difficulties with rescheduling the flight, Defense counsel engaged in a meet and confer with counsel for plaintiffs on numerous occasions to try to reach a stipulation and avoid burdening the Court with this issue. (Ledger Decl. ¶8) Counsel for plaintiffs indicated that they were not willing to stipulate to continuing the CMC for any longer than one week. Defense counsel informed counsel for plaintiffs that one week was insufficient because Mr. Ledger would not yet have returned from vacation. Unfortunately, counsel for plaintiffs was still not willing to agree to any continuance longer than one week. (Ledger Decl. ¶9)

This is the second instance defense counsel has tried to resolve a minor

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1  procedural issue informally.  In the first instance, plaintiffs' counsel would not

2  agree to one 15-day extension of time to respond to their complex environmental

3  cost recovery complaint, which consists of 39 pages, 20 causes of action, and over

4  200 paragraphs.  In that instance, the Court granted Defendants' *ex parte*

5  application to extend the time to respond to the complaint.  (Ledger Decl. ¶10)  It

6  is important that lead trial counsel attend the initial CMC because plaintiffs are

7  alleging potentially seven figure dollar damage award and punitive damages.

8  (Ledger Decl. ¶11)

9      Mr. Ledger has another CMC before Judge Breyer on **October 26, 2007** in

10  the Humboldt Baykeeper matter (Case No. C-06-4188).  (Ledger Decl. ¶5)  As a

11  matter of judicial efficiency, Defendants request that the Court continue the initial

12  CMC in this case until October 26, 2007.

13      The requested extension of 21 days is not lengthy and will not cause

14  significant delay or undue prejudice to any party.  Indeed, this extension does not

15  delay or impact any trial, pre-trial, or discovery dates in the Joint Case

16  Management Conference Statement.  (Ledger Decl. ¶6)  Further, plaintiffs' counsel

17  has not indicated any conflict with a continuance of the hearing to October 26,

18  2007.  (Ledger Decl. ¶7)

19  **III.    CONCLUSION**

20      For the foregoing reasons, good cause exists for the Court to continue the

21  initial CMC from 1:30 p.m. on October 5, 2007 to **8:30 a.m. on October 26, 2007**.

22

23  Dated: October 1, 2007                    **GORDON & REES LLP**

24

25                                             Brian M. Ledger
                                               Paul A. Henreid
26                                             Attorneys for Defendants TECHNICHEM,
                                               INC., MARK J. NG, AND STEPHEN S.
27                                             TUNG

28

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

- 3 -

## DECLARATION OF BRIAN M. LEDGER

I, Brian M. Ledger, declare as follows:

1.      I am an attorney at law, duly licensed to practice law in the State of California. I am a partner in the law firm of Gordon & Rees, LLP, and lead trial counsel for defendants TECHNICHEM, INC., MARK J. NG, and STEPHEN S. TUNG (collectively "Defendants"). If called and sworn as a witness, I could competently testify to the matters stated in this declaration as being true and correct, based upon my personal knowledge of such matters.

2.      I make this declaration in support of Defendants' *Ex Parte* Application to Continue Case Management Conference ("CMC") to October 26, 2007.

3.      As of September 5, 2007, I was planning on attending the CMC on October 5, 2007 at 8:30 a.m. However, I already purchased an airline ticket for a two-week vacation that was to leave San Francisco, California at 3:10 p.m. for Amsterdam.

4.      I investigated the possibility of changing the flight, but the additional fees would have amounted to over $500.

5.      I have another CMC before Judge Breyer on **October 26, 2007** in the Humboldt Baykeeper matter (Case No. C-06-4188).

6.      The requested extension of 21 days is not lengthy and will not cause significant delay or undue prejudice to any party. Indeed, this extension does not delay or impact any of the trial, pre-trial, or discovery dates in the Joint Case Management Conference Statement.

7.      Plaintiffs' counsel has not indicated any conflict with a continuance of the hearing to October 26, 2007.

8.      Upon discovering the financial difficulties with rescheduling the flight, my associate Paul Henreid engaged in a meet and confer with counsel for plaintiffs on numerous occasions to try to reach a stipulation and avoid burdening

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

- 4 -

1    the Court with this issue.

2        9.    Counsel for plaintiffs indicated that they were not willing to stipulate

3    to continuing the CMC for any longer than one week.  At my direction, Mr.

4    Henreid informed counsel for plaintiffs that one week was insufficient because I

5    would not yet have returned from vacation.  Unfortunately, counsel for plaintiffs

6    was still not willing to agree to any continuance longer than one week.

7        10.    This is the second instance defense counsel has tried to resolve a

8    minor procedural issue informally.  In the first instance, plaintiffs' counsel would

9    not agree to a 15-day extension of time to respond to their complex environmental

10   cost recovery complaint, which consists of 39 pages, 20 causes of action, and over

11   200 paragraphs.  In that instance, the Court granted Defendants' *ex parte*

12   application to extend the time to respond to the complaint

13       11.    It is important that lead trial counsel attend the initial CMC because

14   plaintiffs are potentially alleging a seven figure dollar damage award and punitive

15   damages.

16

17       I declare under penalty of perjury under the laws of the State of California

18   and the United States of America that the foregoing is true and correct.

19

20       Dated:  October 1, 2007

21                                      Brian M. Ledger

22

23

24

25

26

27

28

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

## <u>ORDER</u>

2      Having reviewed Defendants' *Ex Parte* Application to Continue Case

3  Management Conference, and good cause appearing,

4      **IT IS HEREBY ORDERED THAT:**

5      The Case Management Conference is continued to **October 26, 2007** at 8:30

6  a.m.

7  DATED:  __ October 3, 2007 _____



Hon. Charles R. B

IT IS SO ORDERED

Judge Charles R. Breyer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

ZRCAM/1045704/5128287v.1

- 1 -

ORDER GRANTING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE