**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 26, 2007**

**C-07-02497CRB**

**VIRGINIA PELLEGRINI  v.  TECHNICHEM INC**

| Attorneys: | William Wick | Brian Ledger |
|---|---|---|
| | Anna Nguyen | |

Deputy Clerk: **BARBARA ESPINOZA**    Reporter: **Not Reported**

**PROCEEDINGS:**                                            **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

The parties are to file declarations setting forth letters in respect to mediation.  The defendant to file copies of insurance policies related to this matter which is to include liability policies within two weeks.

The Court orders defendant to have a representative of the insurance in court on 11/30/2007 at 8;30 a.m.

(  ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO November 30, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days

Type of Trial:  (  )Jury    (  )Court

Notes:  Mediation may go forward.