# EXHIBIT 4



CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY
# NEWS RELEASE

## Department of Toxic Substances Control

T - 01 - 04
For Immediate Release
January 8, 2004

Contact: Angela Blanchette
510.540.3732
Ron Baker
916.324.3142

### DTSC Takes Legal Action Against Technichem

**Berkeley** -- The California Department of Toxic Substances Control (DTSC) today announced that the settlement of a long standing civil enforcement case against Technichem Inc. of Emeryville and its owner Mark J. Ng. The Alameda County Superior Court approved a Stipulated Final Judgment (Judgment) that required Technichem to withdraw its pending hazardous waste permit applications for its facility at 4245 Halleck Street in Emeryville, and to cease operation of its facility by December 31, 2003 due to the company's recurring pattern of hazardous waste violations while handling waste from Bay Area and Southern California drycleaners.

"As a result of a joint effort by DTSC and the State Attorney General's Office, we were able to finally resolve this matter," said DTSC Director Ed Lowry. "It is imperative that companies manage hazardous waste properly to ensure public health and environmental safety."

As part of the Judgment, Technichem must remove any hazardous waste from permitted units at the facility, and is required to submit a site investigation work plan (work plan) to DTSC by January 31, 2004. This work plan will investigate areas on and around the facility, such as Emeryville city streets, that were potentially impacted by Technichem's operations.

Thirty days after obtaining the results from Technichem's work plan, the company must submit an amended closure plan to DTSC that will address closure of the Emeryville facility, as well as any other areas needing remediation as identified by the work plan results. The Judgment further calls for Technichem to release any claims against DTSC relating to its 1987 hazardous waste permit and the company's application and appeal of its permit.

On November 13, 2002, DTSC filed a Motion to Enforce Partial Consent Decree which cited Technichem for several violations occurring between October 2000 and May 2002. Many of these violations were reoccurrences listed in a complaint DTSC filed with the Alameda County Superior Court on June 2, 2000.

The violations that Technichem was cited for by DTSC included:
- Filing false information on hazardous waste manifests,
- Submitting false information to DTSC inspectors,
- Improper disposal of hazardous waste,
- Unauthorized storage of hazardous waste,
- Unauthorized treatment of hazardous waste,
- Failing to maintain adequate aisle space in hazardous waste storage areas,
- Illegal transportation of hazardous waste,
- Failing to comply with the requirements for liability insurance,
- Failing to follow hazardous waste manifest requirements

# # #

The Department of Toxic Substances Control's mission is to restore, protect, and enhance the environment and ensure public health, environmental quality and economic vitality by regulating hazardous waste, conducting and overseeing cleanups, and developing and promoting pollution prevention.