WILLIAM D. WICK (State Bar No. 063462)
JON K. WACTOR (State Bar No. 141566)
ANNA L. NGUYEN (State Bar. No. 226829)
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:   (510) 465-5750
Facsimile:    (510) 465-5697

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustees
of the Mario J. and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TECHNICHEM, INC., a California corporation, MARK J. NG, an individual; STEPHEN S. TUNG, an individual;<br><br>Defendants. | Case No.  07-CV-02497-CRB<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 180 Grand Avenue, Suite 950, Oakland, California. On November 9, 2007 I served the within document(s):

**PLAINTIFFS' DECLARATION REGARDING DTSC ENFORCEMENT ACTIONS AGAINST DEFENDANTS FOR SITE INVESTIGATION AND REMEDIATION**

By facsimile transmission from fax number (510) 465-5697 to the facsimile number(s) as set forth below;

**X** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Oakland, CA, addressed as set forth below;

by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below;

by placing the document(s) listed above in a sealed envelope with postage fully prepaid, and mailing via overnight mail service, addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 9, 2007 at Oakland, California.


Carol Ebert

**Addressee(s):**

Brian M. Ledger
Paul A. Henreid
Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
*Attorneys for Defendants Technichem Inc., Mark J. Ng, and Stephen S. Tung*