1   BRIAN M. LEDGER (SBN 156942)
2   bledger@gordonrees.com
    PAUL A. HENREID (SBN 214527)
3   phenreid@gordonrees.com
    GORDON & REES LLP
4   101 West Broadway, Suite 1600
    San Diego, CA  92101
5   Telephone:  (619) 696-6700
    Facsimile:   (619) 696-7124
6

7   Attorneys For Defendants TECHNICHEM, INC., MARK J. NG,
    and STEPHEN S. TUNG
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101*

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual | Case No. 07-CV-02497-CRB |
| | **NOTICE OF COMPLIANCE WITH ORDER TO FILE DEFENDANTS' INSURANCE POLICIES** |
| Plaintiff, | |
| v. | Courtroom: 8, 19th floor |
| | Judge: Charles R. Breyer |
| TECHNICHEM, INC., a California corporation; MARK J. NG, an individual; and STEPHEN S. TUNG, an individual, | Complaint Filed:  May 9, 2007 |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants TECHNICHEM, INC., a California corporation, MARK J. NG, and STEPHEN S. TUNG hereby file the attached copies of insurance policies related to this matter as required by the Court's Order from the Case Management Conference dated October 26, 2007.

Dated:  November 9, 2007                GORDON & REES LLP



                                        Brian M. Ledger
                                        Paul A. Henreid
                                        Attorneys for Defendants TECHNICHEM,
                                        INC., MARK J. NG, and STEPHEN S.
                                        TUNG

ZRCAM/1045704/5205761v.1