**FILED**

NOV 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Pellegrini,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Technichem, Inc.,<br><br>            Defendant(s). | No. C 07-02497 CRB ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __11/1/07__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __11/13/07__         _/s/ Brian S. Haughton_
Evaluator, Brian S. Haughton
Barg Coffin Lewis & Trapp, LLP
One Market Street, Steuart Tower
Suite 2700
San Francisco, CA 94105

**Certification of ADR Session**
07-02497 CRB ENE