**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 30, 2007**

**C-07-02497** **CRB**

**VIRGINIA PELLEGRINI  v.  TECHNICHEM INC**

Attorneys:     Jon Wacter                              Brian Ledger

                        Anna Nguyen

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Noy Reported**

**PROCEEDINGS:**                                                                    **RULING:**

1.  Further Case Management Conference    - Held                          _____

2.  _____          _____

3.  _____          _____

**ORDERED AFTER HEARING:**

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

(  ) Referred to Magistrate Judge For:  _____

(X  ) CASE CONTINUED TO February 29, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date September 23, 2008 @ 2:30 p.m. Trial Date October 6, 2008 @ 8:30  Set for ___ days
                                                                    Type of Trial:  (X)Jury     (  )Court

Notes:  _____

_____

_____