BRIAN M. LEDGER (SBN 156942)
bledger@gordonrees.com
PAUL A. HENREID (SBN 214527)
phenreid@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For Defendants TECHNICHEM, INC., MARK J. NG, and STEPHEN S. TUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual<br><br>Plaintiff,<br><br>v.<br><br>TECHNICHEM, INC., a California corporation; MARK J. NG, an individual; and STEPHEN S. TUNG, an individual,<br><br>Defendants. | Case No. 07-CV-02497-CRB<br><br>**MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENC**<br><br>Date: February 29, 2008<br>Time: 8:30 a.m.<br>Judge: Charles R. Breyer<br>Courtroom: 8, 19th floor<br><br>Complaint Filed: May 9, 2007<br>Trial Date: October 6, 2008 |

Brian M. Ledger, counsel for Defendants Technichem, Inc., Mark J. Ng, and Stephen S. Tung, requests that he be allowed to appear telephonically at the Case Management Conference scheduled for February 29, 2008 at 10:00 a.m. for the reason that counsel must travel over 500 miles to attend this hearing.

/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -
MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

1  Counsel's telephone number where he can be reached for said conference is
2  (619) 230-7729.
3  I declare under penalty of perjury that the foregoing is true and correct.
4  Executed at San Diego, California, this 25th day of February, 2008.

Dated: 2/25/08

**GORDON & REES LLP**

Brian M. Ledger
Paul A. Henreid
Attorneys for Defendants TECHNICHEM, INC., MARK J. NG, and STEPHEN S. TUNG

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101