Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual<br><br>Plaintiff,<br><br>v.<br><br>TECHNICHEM, INC., a California corporation; MARK J. NG, an individual; and STEPHEN S. TUNG, an individual,<br><br>Defendants. | Case No. 07-CV-02497-CRB<br><br>**[PROPOSED] ORDGER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENC**<br><br>Date: February 29, 2008<br>Time: 8:30 a.m.<br>Judge: Charles R. Breyer<br>Courtroom: 8, 19th floor<br><br>Complaint Filed: May 9, 2007<br>Trial Date: October 6, 2008 |

Upon reading the motion of Defendants Technichem, Inc., Mark J. Ng, and Stephen S. Tung and good cause appearing therefore, it is

ORDERED that Brian M. Ledger, attorney for said defendants may appear telephonically at the Case Management Conference scheduled for February 29, 2008.

Dated: _____

_____
Hon. Charles R. Breyer

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE