| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Anna L. Nguyen, 226829<br>WACTOR & WICK, LLP<br>180 Grand Avenue<br>Oakland, CA 946123771 | (510) 465-5750 | FILED<br>08 FEB 21 PM 3:26<br>none<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Virginia Pellegrini, Trustee and Virginia Pellegri

DEFENDANT:
Technichem, Inc.

| **PROOF OF SERVICE** | DATE:<br>3/20/2008 | TIME:<br>3:00 PM | DEPT/DIV: | CASE NUMBER:<br>07 CV 02497 CRB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena-Request for Production of Documents to Zurich Insurance

2. Party Served: American Zurich Insurance Company, By serving Maria Ivey, Receptionist authoriized to accept on behalf

3. Person Served: party in item 2

**BY FAX**

4. Date & Time of Delivery: 2/19/2008   2:00 PM

5. Address, City and State: 3249 Quality Drive FL 1 2 & 3
Rancho Cordova, CA 95670

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 85.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 2/20/2008 at Oakland, California.

Signature: _____
Tyler Dimaria

FF# 6657161