**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-02497** CRB

   **VIRGINIA PELLEGRINI  v.  TECHNICHEM INC**

Attorneys:    William Wick                    Brian Ledger by telephone

                 Anna Nguyen

Deputy Clerk: **BARBARA ESPINOZA**       Reporter: **Not Reported**

**PROCEEDINGS:**                                                        **RULING:**

1.  Further Case Management Conference   -   Held

2.  

3.  

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____
       ( ) By Court     ( ) Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO ____   for ____

Discovery Cut-Off ____        Expert Discovery Cut-Off ____

Plntf to Name Experts by ____      Deft to Name Experts by ____

P/T Conference Date ____   Trial Date ____   Set for ____ days
                 Type of Trial:  ( ) Jury    ( ) Court

Notes:  Parties have agreed to schedule as stated on the cmc statement