Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA PELLEGRINI, Trustee of the
Mario J. and Virginia E. Pellegrini Trust,
and VIRGINIA PELLEGRINI, an
individual

Plaintiff,

v.

TECHNICHEM, INC., a California
corporation; MARK J. NG, an individual;
and STEPHEN S. TUNG, an individual,

Defendants.

Case No. 07-CV-02497-CRB

[PROPOSED] ORDER
GRANTING MOTION TO
APPEAR TELEPHONICALLY
AT CASE MANAGEMENT
CONFERENC

Date: February 29, 2008
Time: 8:30 a.m.
Judge: Charles R. Breyer
Courtroom: 8, 19th floor

Complaint Filed: May 9, 2007
Trial Date: October 6, 2008

Upon reading the motion of Defendants Technichem, Inc., Mark J. Ng, and Stephen S.

Tung and good cause appearing therefore, it is

ORDERED that Brian M. Ledger, attorney for said defendants may appear telephonically

at the Case Management Conference scheduled for February 29, 2008.

Dated: _March 3, 2008_____

IT IS SO ORDERED

Judge Charles R. Breyer

Hon. Ch

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE

ZRCAM/1045704/5444202v.1