| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Anna L. Nguyen, 226829<br>WACTOR & WICK, LLP<br>180 Grand Avenue<br>Oakland, CA 946123771 | | | (510) 465-5750 | | FILED |
| | | Ref. No. or File No. | | none | MAR 25 PM 3:20 |
| ATTORNEY FOR *(Name)* Plaintiff | | | | | |
| Insert name of court, judicial district or branch court, if any: | | | | | |
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | | | | ... ... ... ...<br>CLERK. U.S DISTRICT COURT<br>. . THERN D STR CT OF CALIFORNIA |
| PLAINTIFF: | | | | | |
| Virginia Pellegrini. Trustee and Virginia Pellegri | | | | | |
| DEFENDANT: | | | | | |
| Technichem, Inc. | | | | | |
| **PROOF OF SERVICE** | DATE:<br>4/21/2008 | | TIME:<br>3:00 PM | DEPT/DIV: | CASE NUMBER:<br>07 CV 02497 CRB |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Subpoena to Sweet & Baker-Production of Documents, Rerquest for Documents

2. Person Served (name):     Sweet & Baker Insurance Brokers, INC., By Serving Catie Ullman, Office Manager Authorized to accept on behalf

3. Date and Time of Delivery:    3/24/2008        2:41 PM

4. Address where served:     44 Second Street
San Francisco, CA 94105

5. I received the above document(s) for service on (date):    3/21/2008

6. Witness Fees:    Witness fees and mileage both ways were offered or demanded and paid. Amount $15.00

BY FAX

Fee for service (including Witness Fees if paid) $:76.00

Registered California process server.
County: ALAMEDA
Registration No.:1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/25/2008 at Oakland, California.

Signature: _____

Chris Beale

Chris Beale

FF# 6659198