| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Anna L. Nguyen, 226829<br>WACTOR & WICK, LLP<br>180 Grand Avenue<br>Oakland, CA 946123771 | | (510) 465-5750 | FILED<br>MAR 24 PM 3:36 |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Virginia Pellegrini, Trustee and Virginia Pellegri

DEFENDANT:

Technichem, Inc.

| PROOF OF SERVICE | DATE:<br>4/21/2008 | TIME:<br>3:00 PM | DEPT/DIV: | CASE NUMBER:<br>07 CV 02497 CRB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Subpoena to Steadfast-Production of Documents, Request for Production of Documents

2. Person Served (name):   Steadfast Insurance Co., c/o Craig & Winkelman, By Serving Bruce H. Winkelman, Authorized to Accept on Behalf

3. Date and Time of Delivery:   3/21/2008   2:00 PM

4. Address where served:   2001 Addison Street Suite 300
   Berkeley, CA 94704

5. I received the above document(s) for service on (date):   3/21/2008

6. Witness Fees:   Witness fees and mileage both ways were offered or demanded and paid. Amount $15.00

**BY FAX**

Fee for service (including Witness Fees if paid) $:76.00

Registered California process server.
County: ALAMEDA
Registration No.:746

Roderick Thompson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/24/2008 at Oakland, California.

Signature: *Roderick Thompson*

Roderick Thompson

FF# 6659195