**FILED**
08 MAR 24 PM 3:37
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

1  Anna L. Nguyen, Bar No: 226829        (510) 465-5750
2  WACTOR & WICK, LLP
   180 Grand Avenue
3  Oakland, CA 946123771

4  Representing: Plaintiff              File No.none

## United States District Court

## Northern District of California

| | |
|---|---|
| Virginia Pellegrini, Trustee and Virginia Pellegri ) | Case No: 07-CV-02497 CRB |
| ) | Proof of Service of: |
| Plaintiff/Petitioner ) | Subpoena In A Civil Case; Request for Production |
| vs. ) | of Documents Pursuant to Subpoena (Set One) |
| ) | |
| Technichem, Inc. ) | |
| ) | |
| Defendant/Respondent ) | |

Service on:

Swett & Crawford by serving CT Corporation -
Margaret Wilson, person authorized to accept service

Hearing Date:3/21/2008
Hearing Time:3:00 PM
Div/Dept:Suite 950

BY FAX

PROOF OF SERVICE

FF# 6659196

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Anna L. Nguyen, 226829<br>WACTOR & WICK, LLP<br>180 Grand Avenue<br>Oakland, CA 946123771 | (510) 465-5750 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Virginia Pellegrini, Trustee and Virginia Pellegri

DEFENDANT:
Technichem, Inc.

| PROOF OF SERVICE | DATE: 3/21/2008 | TIME: 3:00 PM | DEPT/DIV: Suite 950 | CASE NUMBER: 07-CV-02497 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena In A Civil Case; Request for Production of Documents Pursuant to Subpoena (Set One)

2. Person Served (name): Swett & Crawford by serving CT Corporation - Margaret Wilson, person authorized to accept service of process

3. Date and Time of Delivery: 3/21/2008    3:30 PM

4. Address where served: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

5. I received the above document(s) for service on (date): 3/21/2008

6. Witness Fees: Witness fees and mileage both ways were not demanded or paid.

Fee for service (including Witness Fees if paid) $:14.95

Registered California process server.
County: LOS ANGELES
Registration No.:4553

Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/24/2008 at Los Angeles, California.

Signature: _____
Jimmy Lizama

FF# 6659196