WILLIAM D. WICK (State Bar No. 063462)
JON K. WACTOR (State Bar No. 141566)
ANNA L. NGUYEN (State Bar. No. 226829)
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone:   (510) 465-5750
Facsimile:    (510) 465-5697

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustee
of the Mario J. and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual,<br><br>             Plaintiffs,<br><br>    v.<br><br>TECHNICHEM, INC., a California corporation, MARK J. NG, an individual; STEPHEN S. TUNG, an individual;<br><br>             Defendants. | Case No.  07-CV-02497-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Courtroom: 8, 19th floor<br>Judge:  Charles R. Breyer<br><br>Complaint filed:  May 9, 2007 |

　　　　Pursuant to Civil Local Rule 6-2 for the Northern District of California and Judge Charles Breyer's Standing Orders, the parties hereto, Plaintiffs Virginia Pellegrini and Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust and Defendants Technichem, Inc., Mark J. Ng, and Stephen S. Tung, by and through their respective counsel of record, hereby stipulate, and request that the Court enter an order thereon,

that the parties shall have an extension of time until May 30, 2008, to file, without leave of court, amended complaints in this matter.[1]

The parties further stipulate that the briefing schedule on any motion to dismiss or other motion in response to any amended complaint and the other procedural deadlines set forth in the Supplemental Joint Case Management Conference Statement filed on February 15, 2008 remain unchanged.

**WHEREAS**, the parties agreed to a scheduling order and briefing scheduling as set forth in the Supplemental Joint Case Management Conference Statement filed on February 15, 2008, which established April 30, 2008 as the last day to add new claims/parties without leave of court;

**WHEREAS**, the parties have been unable to resolve a discovery dispute that would identify additional parties to this action prior to the April 30, 2008 deadline to file an amended complaint, without leave of court;

**WHEREAS**, Plaintiffs intend to add additional Defendants identified in discovery responses of Defendant Technichem, but Technichem refuses to provide a complete customer list to Plaintiffs. Therefore Plaintiffs will file a First Amended Complaint today, but require this Stipulation and Proposed Order extending the time in order to resolve the discovery dispute and ascertain the identities of additional potential defendants;

---

[1] Local Rule 6-2 (Stipulated Request for Order Changing Time) provides in part:

(a) Form and Content. The parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules. The stipulated request must be accompanied by a declaration that:

(1) Sets forth with particularity, the reasons for the requested enlargement or shortening of time;

(2) Discloses all previous time modifications in the case, whether by stipulation or Court order; and

(3) Describes the effect the requested time modification would have on the schedule for the case.

1     **WHEREAS**, the parties agree that an extension of time to file plaintiffs' amended complaint is appropriate and that no additional modification of the scheduling order is required;

    **WHEREAS**, Paragraph 4 of Judge Breyer's Standing Orders provides that parties seeking to modify the briefing schedule or make other procedural changes "shall submit a signed stipulation and proposed order";

    **WHEREAS**, Local Rules 6-1(b) for the Northern District of California provides in relevant part:

> *(b) When Court Order Necessary to Change Time.* A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint). A request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3. Any stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 10 days before the scheduled event.

    **WHEREAS**, there have been no other previous time modifications in this case, whether by stipulation or by Court order, to the schedule established in the Supplemental Joint Case Management Conference Statement;

    **WHEREAS**, since the parties do not oppose any subsequent amendment to the complaint to add additional parties and do not request any other changes to the scheduling order, the time modification is not expected to have any effect on the schedule of the case.

    **THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED THAT:**

    1.     The last day to file an amended complaint to add new parties or new claims will be on or before May 30, 2008; and

    2.     All procedural deadlines, including discovery cut-offs, expert disclosures, pretrial conference, and the trial date will be unchanged as set forth in the Supplemental Joint Case Management Conference Statement and Judge Breyer's Trial and Pretrial Conference Guidelines.

1  Dated: April 30, 2008

                    GORDON & REES LLP

                    By: _____
                    Brian M. Ledger
                    Paul A. Henreid
                    Attorneys for Defendants
                    TECHNICHEM, INC.; MARK J. NG; and STEPHEN S. TUNG

Dated: April 30, 2008

                    WACTOR & WICK LLP

                    By: _____
                    WILLIAM D. WICK
                    JON K. WACTOR
                    ANNA L. NGUYEN
                    Attorneys for Plaintiffs
                    Virginia Pellegrini, and Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust

## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date: May 2, 2008

_____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA