AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Virginia Pellegrini, Trustee of Pellegrini Trust, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 07-CV-02497-CRB |
| Technichem Inc., Mark Ng, Stephen Tung, et al. ) | |
| Defendant ) | |

FIRST AMENDED COMPLAINT
**Summons in a Civil Action**

To:  See Attached List.
  *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **MAY 0 7 2008**

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature **MARIA LOO**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

1  WILLIAM D. WICK (State Bar No. 063462)
   JON K. WACTOR (State Bar No. 141566)
2  ANNA L. NGUYEN (State Bar. No. 226829)
   WACTOR & WICK LLP
3  180 Grand Avenue, Suite 950
   Oakland CA 94612-3572
4  Telephone:  (510) 465-5750
   Facsimile:  (510) 465-5697
5
   Attorneys for Plaintiffs
6  Virginia Pellegrini and
   Virginia Pellegrini, Trustee
7  of the Mario J. and Virginia E. Pellegrini Trust

8

9

10                UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual,   |   Case No. 07-CV-02497-CRB

14 |

15 |                                                                                                                             **FIRST AMENDED COMPLAINT FOR ENVIRONMENTAL COST RECOVERY AND CONTRIBUTION, INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND DAMAGES**

                    Plaintiffs,

16        v.

17

18 TECHNICHEM, INC,. a California corporation, MARK J. NG, an individual;     **DEMAND FOR JURY TRIAL**
19 STEPHEN S. TUNG, an individual;
   BOBBY PAGE CLEANERS, BONDED
20 CLEANERS, CALIFORNIA HIGHWAY
   PATROL; CALIFORNIA STATE PRISON
21 – CORCORAN, CALIFORNIA STATE
   PRISON AT FOLSOM, CALIFORNIA
22 STATE PRISON – SAN QUENTIN,
   COLONY CLEANERS – 28, DESERT
23 DISCOUNT CLEANERS, DOLLAR
   CLEANERS, DEUEL VOCATIONAL
24 INSTITUTE, ECONOMY CLEANERS,
   EXECUTIVE (ONE HOUR)
25 MARTINIZING, FRANCHISE TAX
   BOARD, INTERCITY CLEANERS, M & M
26 CLEANERS, MONROVIA CLEANERS,
   MULE CREEK STATE PRISON, ONE
27 HOUR CLEANERS, ONE PRICE
   CLEANERS, PACIFIC GROVE
28 CLEANERS, PARADISE CLEANERS,
   PARK AVENUE CLEANERS,