FILED
08 MAY -9 PM 3:54
[CLERK U.S. DISTRICT COURT]
[NORTHERN DIST OF CALIFORNIA]

1  William D. Wick, Bar No: 063462    (510) 465-5750
2  WACTOR & WICK, LLP
   180 Grand Avenue
3  Oakland, CA 946123771

4  Representing: Plaintiff        File No.none

United States District Court

Northern District of California

H6

| | |
|---|---|
| Pellegrini, et al. | Case No: 07-CV-02497-CRB |
| Plaintiff/Petitioner | Proof of Service of: |
| vs | First Amended Complaint, Summons on First Amended Complaint, Civil Cover Sheet |
| Technichem, Inc., et al. | |
| Defendant/Respondent | |
| | Service on: |
| | Romic Environmental Technologies |
| | Hearing Date: |
| | Hearing Time:        BY FAX |
| | Div/Dept: |

PROOF OF SERVICE

FF# 6662070

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| William D. Wick, 063462<br>WACTOR & WICK, LLP<br>180 Grand Avenue Suite 950<br>Oakland, CA 946123771<br>TELEPHONE NO.: (510) 465-5750<br>ATTORNEY FOR (Name): Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| PLAINTIFF/PETITIONER: Pellegrini, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Technichem, Inc., et al. | 07-CV-02497-CRB |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: First Amended Complaint, Summons on First Amended Complaint, Civil Cover Sheet

3. a. Party served: Romic Environmental Technologies

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   b. **by substituted service.** On (date): May 8, 2008    at (time): 2:35 pm    I left the documents listed in item 2 with or in the presence of: CT Corporation - Margaret Wilson
   
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   
   Romic Environmental Technologies
   
   under:    Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 38.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 9, 2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6662070

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> William D. Wick, 063462 <br> WACTOR & WICK, LLP <br> 180 Grand Avenue Suite 950 <br> Oakland, CA 946123771 <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (510) 465-5750 <br><br> Ref. No. or File No. <br> none | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br><br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | | |
| PLAINTIFF: <br><br> Pellegrini, et al. | | |
| DEFENDANT: <br><br> Technichem, Inc., et al. | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: <br> 07-CV-02497-CRB |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On May 9, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

First Amended Complaint, Summons on First Amended Complaint, Civil Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Romic Environmental Technologies
CT Corporation - Margaret Wilson
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 38.95

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 9, 2008 at Los Angeles, California.

*Solomon Rodriguez*

FF# 6662070