1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini, Trustee of the
9  Mario and Virginia E. Pellegrini Trust
   and Virginia Pellegrini
10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 Virginia Pellegrini, Trustee of the Mario J.    Case no. 07-CV-02497-CRB
   and Virginia E. Pellegrini Trust, and
16 Virginia Pellegrini, and individual,
                                                   **STIPULATION TO SUBSTITUTION OF**
17              Plaintiff,                         **ATTORNEYS FOR PLAINTIFFS**

18 vs.

19 Technichem, Inc., a California corporation,
   et al.,
20
                Defendants.
21 _____/

22      Plaintiffs Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and

23 Virginia Pellegrini, an individual, and their undersigned current counsel of record and proposed

24 successor counsel, hereby stipulate, and request that the Court issue an order that:

25      1. Plaintiffs have substituted the following attorneys for their current counsel of record, Wactor

26 & Wick LLP, effective immediately:

27

28

---
STIPULATION TO SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS                   Case no. 07-CV-02497-CRB
                                         -1-

| | |
|---|---|
| Benjamin H. Ballard (CA 94772)<br>Ballard Law Office<br>1606 Juanita Lane, Ste. C<br>Tiburon CA 94920<br>Ph: 415-781-3500<br>Fax: 1-866-295-5669 | Michael O. Lamphere (CA 144219)<br>Lamphere Law Offices<br>900 Larkspur Landing Circle, Ste. 179<br>Larkspur CA 94939<br>Ph: 415-461-9727<br>Fax: 415-461-9725 |

2. No changes to any existing procedural deadlines or other case related dates or events are requested in connection with the substitution.

Date: May 16, 2008

*[signature]*
Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust

Date: May 16, 2008      Ballard Law Office

By: *[signature]*
Benjamin H. Ballard

Date: May 16, 2008      Lamphere Law Offices

By: *[signature]*
Michael O. Lamphere

Date: May 18, 2008      Wactor & Wick LLP

By: *[signature]*
William D. Wick
Jon K. Wactor
Anna L. Nguyen


## PROOF OF SERVICE

I, Benjamin H. Ballard, declare that I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920. On the date listed below, I served the following document(s):

STIPULATION TO SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS

[Proposed] ORDER ON STIPULATION TO SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS

on all the parties in this action and/or the following persons:

| | |
|---|---|
| Brian M. Ledger<br>Paul A. Henreid<br>Gordon & Rees LLP<br>101 West Broadway, Ste 1600<br>San Diego CA 92101<br><br>Attorneys for Defendants Technichem Inc., Mark J. Ng and Stephen S. Tung | William D. Wick<br>Jon K. Wactor<br>Anna L. Nguyen<br>Wactor & Wick LLP<br>180 Grand Ave, Ste 950<br>Oakland CA 94612-3572<br><br>(Former) Attorneys for Plaintiffs Virginia Pellegrini, individually and as Trustee of the Mario J. and Virginia E. Pellegrini Trust |

    x    by electronically filing the documents with the United States District Court, Northern District of California through the CM/ECF (E-File)

        by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Tiburon addressed as set forth below

        by causing the document(s) listed above to be personally delivered to the person(s) at the addressees) set forth below;

        by placing the document(s) listed above in a sealed envelope with postage fully prepaid, and mailing via overnight mail service, addressed as set forth below.

        by emailing the documents to the email addresses shown above.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinarycourse of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 19, 2008 at Tiburon, California.

                                                        /s/ Benjamin H. Ballard