1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini, Trustee of the
9  Mario and Virginia E. Pellegrini Trust
   and Virginia Pellegrini
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 Virginia Pellegrini, Trustee of the Mario J.   Case no. 07-CV-02497-CRB
   and Virginia E. Pellegrini Trust, and
16 Virginia Pellegrini, and individual,           [Proposed]

17         Plaintiff,                             **ORDER ON STIPULATION TO
                                                  SUBSTITUTION OF ATTORNEYS FOR
18 vs.                                            PLAINTIFFS**

19 Technichem, Inc., a California corporation,
   et al.,
20
           Defendants.
21 _____/

22       Based on the stipulation of plaintiffs Virginia Pellegrini, Trustee of the Mario J. and Virginia E.

23 Pellegrini Trust, and Virginia Pellegrini, an individual, and their undersigned current counsel of record

24 and proposed successor counsel, including the representation that no changes to any existing procedural

25 deadlines or other case related dates or events are requested in connection with the substitution, it is

26 ORDERED that the following attorneys are substituted as counsel of record for plaintiffs in place of

27 their current counsel of record, Wactor & Wick LLP, effective immediately:

28

1

2   Benjamin H. Ballard (CA 94772)          Michael O. Lamphere (CA 144219)
    Ballard Law Office                      Lamphere Law Offices
3   1606 Juanita Lane, Ste. C               900 Larkspur Landing Circle, Ste. 179
    Tiburon CA 94920                        Larkspur CA 94939
4   Ph: 415-781-3500                        Ph: 415-461-9727
    Fax: 1-866-295-5669                     Fax: 415-461-9725

5

6
    Date: May  20 , 2008
7

8   _____
9   Charles R. Breyer,
    United States District C...
10
                    IT IS SO ORDERED
11
                    [signature]
12              Judge Charles R. Breyer
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER ON STIPULATION TO SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS    Case no. 07-CV-02497-CRB
-2-