Benjamin H. Ballard (CA 94772)
Ballard Law Office
1606 Juanita Lane, Ste. C
Tiburon CA 94920
Ph: 415-781-3500
Fax: 1-866-295-5669

Michael O. Lamphere (CA 144219)
Lamphere Law Offices
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-461-9727
Fax: 415-461-9725

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustee of the
Mario and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and Virginia Pellegrini, and individual,

Plaintiffs,

vs.

Technichem, Inc., a California corporation, et al., et al.,

Defendants.
_______________________________/

Case no. 07-CV-02497-CRB

**STIPULATION TO EXTEND TIME FOR DEFENDANT BONDED CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT**

Plaintiffs and defendant "Bonded Cleaners" stipulate, in accordance with Rule 6-1(a), LRC, that Bonded Cleaners may have an extension of time until June 10, 2008 to file a response to the Amended

Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

Date: May 27, 2008

Ballard Law Office
Lamphere Law Offices

By: ______________________
Benjamin H. Ballard

Attorneys for Plaintiffs

Date: May 27, 2008

______________________
Victor Ragone, dba Bonded Cleaners

## *PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

STIPULATION TO EXTEND TIME FOR DEFENDANT BONDED CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on May 27, 2008.

/s/ Benjamin H. Ballard