1 Benjamin H. Ballard (CA 94772)
  Ballard Law Office
2 1606 Juanita Lane, Ste. C
  Tiburon CA 94920
3 Ph: 415-781-3500
  Fax: 1-866-295-5669
4
  Michael O. Lamphere (CA 144219)
5 Lamphere Law Offices
  900 Larkspur Landing Circle, Ste. 179
6 Larkspur CA 94939
  Ph: 415-461-9727
7 Fax: 415-461-9725

8 Attorneys for Plaintiffs
  Virginia Pellegrini and
9 Virginia Pellegrini, Trustee of the
  Mario and Virginia E. Pellegrini Trust
10

11                    UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13

14 Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
   and Virginia E. Pellegrini Trust, and
15 Virginia Pellegrini, and individual,
                                                        **STIPULATION TO EXTEND TIME
16            Plaintiff,                                 FOR DEFENDANT ROMIC
                                                        ENVIRONMENTAL TECHNOLOGIES
17 vs.                                                   TO FILE RESPONSE TO AMENDED
                                                        COMPLAINT**
18 Technichem, Inc., a California corporation,
   et al., et al.,
19
              Defendants.
20 _____/

21

22         Plaintiffs and defendant Romic Environmental Technologies stipulate, in accordance with Rule

23 6-1(a), LRC, that said defendant may have an extension of time until June 9, 2008  to file a response to

24

25

26

27

28

1  the Amended Complaint.   Under Rule 6-1(a), this stipulation does not require an order of court to

2  implement.

3       Date: May 28, 2008                          Date: May 28, 2008

4       Ballard Law Office                          Paul, Hastings, Janofsky & Walker LLP
        Lamphere Law Offices
5

6

7       By: _____            By: _____

8            Benjamin H. Ballard                      Grace A. Carter

9       Attorneys for Plaintiffs                    Attorneys for Defendant Romic
                                                     Environmental Technologies
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### PROOF OF SERVICE

2

      I, Benjamin H. Ballard, hereby declare:

3

4

      I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

5

      On the date listed below, I served the following document(s):

6

7

8

on all the parties in this action and/or the following persons at the addresses shown:

9

Brian M. Ledger

10

Paul A. Henreid
Gordon &Rees LLP

11

101 West Broadway
Suite 1600

12

San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,

13

Mark J. Ng/ and Stephen S. Tung

14

x      (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

15

16

      (personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

17

      (overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

18

19

      (mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

20

      (email) I emailed the documents to them at the email addresses shown.

21

      (fax) I faxed the documents to them at the fax numbers shown

22

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on May 28, 2008.

23

24

      /s/ Benjamin H. Ballard

25

26

27

28