1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                     **STIPULATION TO EXTEND TIME
                  Plaintiffs,                          FOR DEFENDANT BONDED
17                                                     CLEANERS TO FILE RESPONSE TO
   vs.                                                 AMENDED COMPLAINT**
18
   Technichem, Inc., a California corporation,
19 et al., et al.,

20                Defendants.
                                              /
21

22        Plaintiffs and defendant "Bonded Cleaners" stipulate, in accordance with Rule 6-1(a), LRC, that

23 Bonded Cleaners may have an extension of time until June 10, 2008 to file a response to the Amended

24

25

26

27

28 ─────────────────────────────────────────────────────────
   STIP. TO EXTEND TIME FOR DEF. BONDED CLEANERS TO RESPOND TO AMENDED COMPLAINT
                              Case no. 07-CV-02497-CRB
                                        -1-

1  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

2  Date: May 27, 2008

3  　　　　　　　　　　　Ballard Law Office
　　　　　　　　　　　　Lamphere Law Offices
4

5

6  By: _____
　　　　Benjamin H. Ballard
7

　　　Attorneys for Plaintiffs
8

9  Date: May 27, 2008

10  _____
11  Victor Ragone, dba Bonded Cleaners

18  Signed: May 28, 2008

　　　　　　　　　　　　　　　　IT IS SO ORDERED
　　　　　　　　　　　　　　　　Judge Charles R. Breyer
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

28  STIP. TO EXTEND TIME FOR DEF. BONDED CLEANERS TO RESPOND TO AMENDED COMPLAINT
　　　　　　　　　　Case no. 07-CV-02497-CRB
　　　　　　　　　　　　　　-2-

***PROOF OF SERVICE***

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

STIPULATION TO EXTEND TIME FOR DEFENDANT BONDED CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x   (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on May 27, 2008.

/s/ Benjamin H. Ballard

---

STIP. TO EXTEND TIME FOR DEF. BONDED CLEANERS TO RESPOND TO AMENDED COMPLAINT
Case no. 07-CV-02497-CRB