1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4

   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11
                     UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.      Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                   **STIPULATION TO EXTEND TIME
           Plaintiff,                                FOR DEFENDANT VIRGINIA
17                                                   CLEANERS TO FILE RESPONSE TO
   vs.                                               AMENDED COMPLAINT**
18
   Technichem, Inc., a California corporation,
19 et al., et al.,

20         Defendants.
                                              /
21

22      Plaintiffs and defendant Virginia Cleaners stipulate, in accordance with Rule 6-1(a), LRC, that

23 said defendant may have an extension of time until June 20, 2008 to file a response to the Amended

24

25

26

27

28
   ─────────────────────────────────────────────
   STIP. TO EXTEND TIME FOR DEF. VIRGINIA CLEANERS TO RESPOND TO AMENDED COMPLAINT
   171.00/2056            Case no. 07-CV-02497-CRB
                                    -1-


1  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

2  Date: May 29, 2008                                      Date: May 29, 2008

3  Ballard Law Office                                     Virginia Cleaners
   Lamphere Law Offices
4

5  *[signature]*

6  By: _____                              By: _____
       Benjamin H. Ballard                                      Michael J. McDonald
7
   Attorneys for Plaintiffs                               Its: Previous owner
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  _____
   STIP. TO EXTEND TIME FOR DEF. VIRGINIA CLEANERS TO RESPOND TO AMENDED COMPLAINT
   171.00/2056                     Case no. 07-CV-02497-CRB
                                          -2-

*PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANT VIRGINIA CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT**

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x  (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service): I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on May 29, 2008

/s/ Benjamin H. Ballard