Benjamin H. Ballard (CA 94772)
Ballard Law Office
1606 Juanita Lane, Ste. C
Tiburon CA 94920
Ph: 415-781-3500
Fax: 1-866-295-5669

Michael O. Lamphere (CA 144219)
Lamphere Law Offices
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-461-9727
Fax: 415-461-9725

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustee of the
Mario and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and Virginia Pellegrini, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Technichem, Inc., a California corporation, et al., et al.,<br><br>Defendants._____/ | Case no. 07-CV-02497-CRB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT INTERCITY CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT** |

Plaintiff and defendant Intercity Cleaners stipulate, in accordance with Rule 6-1(a), LRC, that said defendant may have an extension of time until June 20, 2008 to file a response to the Amended

Case 3:07-cv-02497-CRB     Document 58     Filed 05/30/2008     Page 2 of 3

1  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

2  Date: May 28, 2008                                  Date: May 28, 2008

3  Ballard Law Office                                  Long & Levit LLP
   Lamphere Law Offices
4

5  

6  By: _____                        By: _____
       Benjamin H. Ballard                                  Kim O. Dincel
7
   Attorneys for Plaintiffs                            Attorneys for Defendant Intercity Cleaners
8

STIP. TO EXTEND TIME FOR DEF. INTERCITY CLEANERS TO RESPOND TO AMENDED COMPLAINT
171.00/2054            Case no. 07-CV-02497-CRB
-2-
/

## *PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

STIPULATION TO EXTEND TIME FOR DEFENDANT INTERCITY CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x    (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service): I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on May 30, 2008

/s/ Benjamin H. Ballard