1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,

16              Plaintiff,                              **STIPULATION TO EXTEND TIME
                                                        FOR DEFENDANT ROMIC
17  vs.                                                 ENVIRONMENTAL TECHNOLOGIES
                                                        TO FILE RESPONSE TO AMENDED
18  Technichem, Inc., a California corporation,         COMPLAINT**
    et al., et al.,
19
                Defendants.
20  _____/

21

22       Plaintiffs and defendant Romic Environmental Technologies stipulate, in accordance with Rule

23  6-1(a), LRC, that said defendant may have an extension of time until June 9, 2008 to file a response to

24

25

26

27

28
    ────────────────────────────────────────────────
    STIP. TO EXTEND TIME FOR DEF ROMIC ENVIRONMENTAL TECH TO RESPOND TO AMENDED COMPLAINT
    171.00/2052            Case no. 07-CV-02497-CRB
                                    -1-

1  the Amended Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to
2  implement.

3  Date: May 28, 2008

4  Ballard Law Office
   Lamphere Law Offices
5
6  [signature]
7  By: _____
       Benjamin H. Ballard
8
9  Attorneys for Plaintiffs

Date: May 28, 2008

Paul, Hastings, Janofsky & Walker LLP

[signature]

By: _____
    Grace A. Carter

Attorneys for Defendant Romic
Environmental Technologies

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed:  June 2, 2008