1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.     Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,

16                  Plaintiff,                       **STIPULATION TO EXTEND TIME
                                                     FOR DEFENDANT VOGUE CLEANERS
17  vs.                                              TO FILE RESPONSE TO AMENDED
                                                     COMPLAINT**
18  Technichem, Inc., a California corporation,
    et al., et al.,
19
                    Defendants.
20  _____/

21

22      Plaintiff and defendant Vogue Cleaners stipulate, in accordance with Rule 6-1(a), LRC, that

23  defendant Vogue Cleaners may have an extension of time until June 26, 2008 to file a response to the

24

25

26

27

28
   _____
   STIP. TO EXTEND TIME FOR DEF VOGUE CLEANERS TO RESPOND TO AMENDED COMPLAINT
   171.00/2055            Case no. 07-CV-02497-CRB
                                      -1-

1  Amended Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to
2  implement.

3  Date: May 28, 2007                                    Date: May 28, 2007
4  Ballard Law Office                                    Vogue Cleaners, a corporation
   Lamphere Law Offices
5
6  
7  By: _____                            By: _____
       Benjamin H. Ballard                                   R. Fred Rose, its _Vice President_
8      Attorneys for Plaintiffs                              Michael Rose
9
10
11
12
13
    **IT IS SO ORDERED**
14  
15                                                       Signed: June 2, 2008
16  Judge Charles R. Breyer
17
18  UNITED STATES DISTRICT COURT
19  NORTHERN DISTRICT OF CALIFORNIA
20
21
22
23
24
25
26
27
28
_____
STIP. TO EXTEND TIME FOR DEF VOGUE CLEANERS TO RESPOND TO AMENDED COMPLAINT
171.00/2055                  Case no. 07-CV-02497-CRB
                                    -2-