1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                     **STIPULATION TO EXTEND TIME
              Plaintiff,                               FOR DEFENDANT VIRGINIA
17                                                     CLEANERS TO FILE RESPONSE TO
   vs.                                                 AMENDED COMPLAINT**
18
   Technichem, Inc., a California corporation,
19 et al., et al.,

20            Defendants.
                                                /
21

22      Plaintiffs and defendant Virginia Cleaners stipulate, in accordance with Rule 6-1(a), LRC, that

23 said defendant may have an extension of time until June 20, 2008 to file a response to the Amended

24

25

26

27

28
   STIP. TO EXTEND TIME FOR DEF. VIRGINIA CLEANERS TO RESPOND TO AMENDED COMPLAINT
   171.00/2056              Case no. 07-CV-02497-CRB
                                    -1-

1  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

2  Date: May 29, 2008                    Date: May 29, 2008

3  Ballard Law Office                    Virginia Cleaners
   Lamphere Law Offices
4

5  [signature]                           [signature]

6  By: _____            By: _____
7      Benjamin H. Ballard                   Michael J. McDonald

    Attorneys for Plaintiffs             Its: Previous Owner
8

9

IT IS SO ORDERED

[signature] Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 2, 2008

---

STIP. TO EXTEND TIME FOR DEF. VIRGINIA CLEANERS TO RESPOND TO AMENDED COMPLAINT
171.00/2056                      Case no. 07-CV-02497-CRB
                                       -2-