1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11                         UNITED STATES DISTRICT COURT
12
                           NORTHERN DISTRICT OF CALIFORNIA
13

14   Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
15   and Virginia E. Pellegrini Trust, and
     Virginia Pellegrini, and individual,
16                                                       **STIPULATION TO EXTEND TIME
                    Plaintiff,                           FOR DEFENDANT INTERCITY
17   vs.                                                 CLEANERS TO FILE RESPONSE TO
                                                         AMENDED COMPLAINT**
18   Technichem, Inc., a California corporation,
19   et al., et al.,

20                  Defendants.
                                                    /
21

22       Plaintiff and defendant Intercity Cleaners stipulate, in accordance with Rule 6-1(a), LRC, that

23   said defendant may have an extension of time until June 20, 2008 to file a response to the Amended

24

25

26

27

28
     STIP. TO EXTEND TIME FOR DEF. INTERCITY CLEANERS  TO RESPOND TO AMENDED COMPLAINT
     171.00/2054              Case no. 07-CV-02497-CRB
                                         -1-

```
 1  Complaint.  Under Rule 6-1(a), this stipulation does not require an order of court to implement.

 2  Date: May 28, 2008                              Date: May 28, 2008

 3  Ballard Law Office                              Long & Levit LLP
    Lamphere Law Offices
 4

 5  [signature]                                     [signature]

 6  By: _____                      By: _____
        Benjamin H. Ballard                             Kim O. Dincel
 7
        Attorneys for Plaintiffs                       Attorneys for Defendant Intercity Cleaners
 8
```

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]

Signed: June 2, 2008