1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.    Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,

16          Plaintiff,                              **STIPULATION TO EXTEND TIME
                                                    FOR DEFENDANTS CALIFORNIA
17  vs.                                             HIGHWAY PATROL, CALIFORNIA
                                                    STATE PRISON - CORCORAN,
18  Technichem, Inc., a California corporation,     CALIFORNIA STATE PRISON AT
    et al., et al.,                                 CORCORAN, CALIFORNIA STATE
19                                                  PRISON AT FOLSOM , CALIFORNIA
            Defendants.                             STATE PRISON - SAN QUENTIN,
20  _____/               DUEL VOCATIONAL INSTITUTE,
                                                    MULE CREEK STATE PRISON,
21                                                  PROCUREMENT OFFICE OF THE
                                                    DEPARTMENT OF CORRECTIONS
22                                                  AND THE FRANCHISE TAX BOARD
                                                    TO FILE RESPONSES TO AMENDED
23                                                  COMPLAINT**

24
           Plaintiffs and defendants California Highway Patrol, California State Prison - Corcoran,
25
    California State Prison at Corcoran, California State Prison at Folsom and California State Prison - San
26
    Quentin Duel Vocational Institute, Mule Creek State Prison, Procurement Office of the Department of
27

28

1  Corrections and the Franchise Tax Board stipulate, in accordance with Rule 6-1(a), LRC, that each of
2  said defendants may have an extension of time until June 20, 2008 to file a response to the Amended
3  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

4  Date: June 3, 2008

5  Ballard Law Office
   Lamphere Law Offices
6
7
8
   By: _____
9      Benjamin H. Ballard

10     Attorneys for Plaintiffs

Date: June 3, 2008

State of California
Office of the Attorney General
Department of Justice

By: _____
    Wil Fong
    Deputy Attorney General

Attorney for defendants California Highway Patrol, California State Prison - Corcoran, California State Prison at Corcoran, California State Prison at Folsom and California State Prison - San Quentin Duel Vocational Institute, Mule Creek State Prison, Procurement Office of the Department of Corrections and the Franchise Tax Board

STIP. TO EXTEND TIME FOR DEF. CAL HIGHWAY PATROL ET AL TO RESPOND TO AMENDED COMPLAINT
171.00/2057                Case no. 07-CV-02497-CRB

## PROOF OF SERVICE

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

STIPULATION TO EXTEND TIME FOR DEFENDANTS CALIFORNIA HIGHWAY PATROL, CALIFORNIA STATE PRISON - CORCORAN, CALIFORNIA STATE PRISON AT CORCORAN, CALIFORNIA STATE PRISON AT FOLSOM , CALIFORNIA STATE PRISON - SAN QUENTIN, DUEL VOCATIONAL INSTITUTE, MULE CREEK STATE PRISON, PROCUREMENT OFFICE OF THE DEPARTMENT OF CORRECTIONS AND THE FRANCHISE TAX BOARD TO FILE RESPONSES TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x    (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 3, 2008

/s/ Benjamin H. Ballard