1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11                        UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.     Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,

16           Plaintiff,                              **STIPULATION TO EXTEND TIME
                                                     FOR DEFENDANT R. BAUERLE
17  vs.                                              TRUCKING TO FILE RESPONSE TO
                                                     AMENDED COMPLAINT**
18  Technichem, Inc., a California corporation,
    et al., et al.,
19
             Defendants.
20  _____/

21

22       Plaintiffs and defendant R. Bauerle Trucking stipulate, in accordance with Rule 6-1(a), LRC, that

23  said defendant may have an extension of time until June 20, 2008 to file a response to the Amended

24

25

26

27

28
    STIP. TO EXTEND TIME FOR DEF. R. BAUERLE TRUCKING  TO RESPOND TO AMENDED COMPLAINT
    171.00/2058                Case no. 07-CV-02497-CRB
                                        -1-

Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

Date: May 29, 2008

Ballard Law Office
Lamphere Law Offices

By: _____
Benjamin H. Ballard

Attorneys for Plaintiffs

Date: May 30, 2008

Willoughby, Stuart & Bening

By: _____
Cynthia N. Oshiro

Attorneys for R. Bauerle Trucking

signed: June 4, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA