1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11                    UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13

14  Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,

16           Plaintiff,                                 **STIPULATION TO EXTEND TIME
                                                        FOR DEFENDANTS CALIFORNIA
17  vs.                                                 HIGHWAY PATROL, CALIFORNIA
                                                        STATE PRISON - CORCORAN,
18  Technichem, Inc., a California corporation,         CALIFORNIA STATE PRISON AT
    et al., et al.,                                    CORCORAN, CALIFORNIA STATE
19                                                      PRISON AT FOLSOM , CALIFORNIA
                                                        STATE PRISON - SAN QUENTIN,
20           Defendants.                                DUEL VOCATIONAL INSTITUTE,
                                          /             MULE CREEK STATE PRISON,
21                                                      PROCUREMENT OFFICE OF THE
                                                        DEPARTMENT OF CORRECTIONS
22                                                      AND THE FRANCHISE TAX BOARD
                                                        TO FILE RESPONSES TO AMENDED
23                                                      COMPLAINT**

24
         Plaintiffs and defendants California Highway Patrol, California State Prison - Corcoran,
25
    California State Prison at Corcoran, California State Prison at Folsom and California State Prison - San
26
    Quentin Duel Vocational Institute, Mule Creek State Prison, Procurement Office of the Department of
27

28
    STIP. TO EXTEND TIME FOR DEF. CAL HIGHWAY PATROL ET AL  TO RESPOND TO AMENDED COMPLAINT
    171.00/2057             Case no. 07-CV-02497-CRB
                                          -1-

Corrections and the Franchise Tax Board stipulate, in accordance with Rule 6-1(a), LRC, that each of said defendants may have an extension of time until June 20, 2008 to file a response to the Amended Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

Date: June 3, 2008

Ballard Law Office
Lamphere Law Offices

By: _____
Benjamin H. Ballard

Attorneys for Plaintiffs

Date: June 3, 2008

State of California
Office of the Attorney General
Department of Justice

By: _____
Wil Fong
Deputy Attorney General

Attorney for defendants California Highway Patrol, California State Prison - Corcoran, California State Prison at Corcoran, California State Prison at Folsom and California State Prison - San Quentin Duel Vocational Institute, Mule Creek State Prison, Procurement Office of the Department of Corrections and the Franchise Tax Board

Signed: June 4, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA