1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.      Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                   **STIPULATION TO EXTEND TIME
              Plaintiffs,                            FOR DEFENDANT COLONY
17                                                   CLEANERS-28 TO FILE RESPONSE
   vs.                                               TO AMENDED COMPLAINT**
18
   Technichem, Inc., a California corporation,
19 et al., et al.,

20            Defendants.
                                              /
21

22       Plaintiffs and defendant Colony Cleaners-28 stipulate, in accordance with Rule 6-1(a), LRC, that

23 said defendant may have an extension of time until June 23, 2008 to file a response to the Amended

24

25

26

27

28
   STIP. TO EXTEND TIME FOR DEF. COLONY CLEANERS-28  TO RESPOND TO AMENDED COMPLAINT
   171.00/2059             Case no. 07-CV-02497-CRB
                                    -1-

1  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

2  Date: June 4, 2008

3  Ballard Law Office
   Lamphere Law Offices

6  By: _____
       Benjamin H. Ballard

7  Attorneys for Plaintiffs

9  Date: June ___, 2008

10  Law Offices of Douglas Jaffe

12  By: _____
13       Douglas Jaffe

14  Attorney for Colony Cleaners-28

## PROOF OF SERVICE

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

STIPULATION TO EXTEND TIME FOR DEFENDANT COLONY CLEANERS-28 TO FILE RESPONSE TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x    (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 7, 2008.

/s/ Benjamin H. Ballard