1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.    Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,
                                                    **NOTICE OF PLAINTIFFS'**
16          Plaintiff,                              **VOLUNTARY DISMISSAL OF**
                                                    **DEFENDANT ROMIC**
17  vs.                                             **ENVIRONMENTAL TECHNOLOGIES**
                                                    **[Rule 41(a), FRCP]**
18  Technichem, Inc., a California corporation,
    et al., et al.,
19
            Defendants.
20  _____/

21

22

23

24

25

26

27

28

1  In accordance with Rule 41(a), plaintiffs hereby dismiss their claims against defendant Romic
2  Environmental Technologies, without prejudice, the parties to bear their own costs. No answer or
3  motion for summary judgment has been filed.

4  Date: June 9, 2008

5                              Ballard Law Office
                                Lamphere Law Office
6
7
8                              By: _____
                                   Benjamin H. Ballard
9                                  Attorneys for Plaintiffs

10
    Romic Environmental Technologies stipulates to dismissal on these terms.
11
    Date: June __9__, 2008
12

13  Paul, Hastings, Janofsky & Walker LLP
14

15
16  By: _____
        Grace A. Carter
17
18      Attorneys for Defendant Romic
        Environmental Technologies
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT ROMIC ENVIRONMENTAL TECHNOLOGIES  [Rule 41(a), FRCP]

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x   (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 9, 2008.

/s/ Benjamin H. Ballard