1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4

   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.     Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,

16              Plaintiff,                           **STIPULATION TO EXTEND TIME
                                                     FOR DEFENDANT RESOLVENT, INC.
17  vs.                                              TO FILE RESPONSE TO AMENDED
                                                     COMPLAINT**
18  Technichem, Inc., a California corporation,
    et al., et al.,
19
                Defendants.
20  _____/

21

22

23

24

25

26

27

28
    ────────────────────────────────────────────────────────────────────
    STIP. TO EXTEND TIME FOR DEF RESOLVENT, INC. TO RESPOND TO AMENDED COMPLAINT
    171.00/2064                 Case no. 07-CV-02497-CRB
                                        -1-

1     Plaintiffs and defendant Resolvent, Inc. stipulate, in accordance with Rule 6-1(a), LRC, that said
2  defendant may have an extension of time until June 25, 2008 to file a response to the Amended
3  Complaint. Under Rule 6-1(a), this stipulation does not require an order of court to implement.

4  Date: June 9, 2008                                             Date: June 9, 2008

5  Ballard Law Office                                              Gordon & Rees LLP
   Lamphere Law Offices
6

7  By: _____                        By: _____
8        Benjamin H. Ballard                                           Paul A. Henreid

9        Attorneys for Plaintiffs                                     Attorneys for Resolvent, Inc.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. TO EXTEND TIME FOR DEF RESOLVENT, INC. TO RESPOND TO AMENDED COMPLAINT
171.00/2064                    Case no. 07-CV-02497-CRB
                                           -2-

*PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

STIPULATION TO EXTEND TIME FOR DEFENDANT RESOLVENT, INC. TO FILE RESPONSE TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc., Mark J. Ng/ and Stephen S. Tung

x    (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 10, 2008

/s/ Benjamin H. Ballard