1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.         Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                      **AMENDED STIPULATION TO**
                Plaintiffs,                             **EXTEND TIME FOR DEFENDANT**
17                                                      **BONDED CLEANERS TO FILE**
   vs.                                                  **RESPONSE TO AMENDED**
18                                                      **COMPLAINT**
   Technichem, Inc., a California corporation,
19 et al., et al.,

20              Defendants.
                                                    /
21

22      Plaintiffs and defendant "Bonded Cleaners" amend their stipulation filed on May 27, 2008, in

23 accordance with Rule 6-1(a), LRC, that Bonded Cleaners may have an extension of time until June **25**,

24

25

26

27

28 AMENDED STIP. TO EXTEND TIME FOR DEF. BONDED CLEANERS  TO RESPOND TO AMENDED COMPLAINT

1    2008 to file a response to the Amended Complaint. The date earlier provided, June 10, was an error,

2    June 25 being the date agreed to by the parties in initial discussions on June 3.

3       Date: June 13, 2008

4              Ballard Law Office
                Lamphere Law Offices

5

6

7          By: _____
               Benjamin H. Ballard

8             Attorneys for Plaintiffs

9

10

11       Date: May 27, 2008

12

13             Victor Regone, dba Bonded Cleaners

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   AMENDED STIP. TO EXTEND TIME FOR DEF. BONDED CLEANERS TO RESPOND TO AMENDED COMPLAINT

## *PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANT BONDED CLEANERS TO FILE RESPONSE TO AMENDED COMPLAINT

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x   (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 10, 2008.

/s/ Benjamin H. Ballard