1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11
                       UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                     **STIPULATION TO EXTEND TIME**
              Plaintiff,                               **FOR DEFENDANT RESOLVENT, INC.**
17                                                     **TO FILE RESPONSE TO AMENDED**
      vs.                                              **COMPLAINT**
18
   Technichem, Inc., a California corporation,
19 et al., et al.,

20            Defendants.
                                              /
21

22

23

24

25

26

27

28
   ────────────────────────────────────────────────────────────────────────
   STIP. TO EXTEND TIME FOR DEF RESOLVENT, INC. TO RESPOND TO AMENDED COMPLAINT
   171.00/2064                    Case no. 07-CV-02497-CRB
                                           -1-

1	Plaintiffs and defendant Resolvent, Inc. stipulate, in accordance with Rule 6-1(a), LRC, that said
2	defendant may have an extension of time until June 25, 2008 to file a response to the Amended
3	Complaint.   Under Rule 6-1(a), this stipulation does not require an order of court to implement.

4	Date: June 9, 2008                                                     Date: June 9, 2008

5	Ballard Law Office                                                      Gordon & Rees LLP
	Lamphere Law Offices
6

7	By: _____                              By: _____
8	       Benjamin H. Ballard                                                  Paul A. Henreid

9	Attorneys for Plaintiffs                                                Attorneys for Resolvent, Inc.

16	Signed:  June 11, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

---

STIP. TO EXTEND TIME FOR DEF RESOLVENT, INC. TO RESPOND TO AMENDED COMPLAINT
171.00/2064                           Case no. 07-CV-02497-CRB
-2-