1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14
   Virginia Pellegrini, Trustee of the Mario J.      Case no. 07-CV-02497-CRB
15 and Virginia E. Pellegrini Trust, and
   Virginia Pellegrini, and individual,
16                                                   **NOTICE OF JOINT MOTION TO STAY**
            Plaintiff,                               **PROCEEDINGS**
17
   vs.                                               Hearing Date: July 26, 2008
18                                                   Time: 10:00 a.m.
   Technichem, Inc., a California corporation,       Court: Hon. Charles Brewer
19 et al., et al.,                                          Courtroom 8

20          Defendants.                              Trial date: October 6, 2008
                                          /
21

22        To the parties and the Court:

23        Please take notice that on July 26, 2008 at 10:00 a.m. in Courtroom 8 of the above Court, the

24 Hon. Charles Brewer presiding, Virginia Pellegrini, individually and in her capacity as trustee, and

25 defendants Technichem, Inc. and affiliated defendants Mark J. Ng and Stephen S. Tung, who together

26 are all of the parties who have appeared in this case, will present their joint motion for an order staying

27

28
   ─────────────────────────────────────────────────
              NOTICE OF JOINT MOTION TO STAY PROCEEDINGS
                      Case no. 07-CV-02497-CRB
                              -1-

1  these proceedings pending litigation of substantially similar issues in a pending state court action.

2  The motion will be based on this notice, the memorandum of points and authorities and

3  declaration of Benjamin H. Ballard filed herewith, pertinent documents in the Court's file and other

4  evidence the Court might properly consider in connection with the motion.

5  Date: June 19, 2008

6

7  Ballard Law Office                                  Gordon & Rees LLP
   Lamphere Law Office
8

9  By: _____              By: _____
10     Benjamin H. Ballard                           Paul A. Henreid

11     Attorneys for Plaintiffs                         Attorneys for Defendants Technichem, Inc..
                                                       Mark J. Ng and Stephen S. Tung
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

NOTICE OF MOTION IN TO STAY PROCEEDINGS, RELATED MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF BENJAMIN H. BALLARD AND PROPOSED ORDER

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x    (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 19, 2008

/s/ Benjamin H. Ballard