Benjamin H. Ballard (CA 94772)
Ballard Law Office
1606 Juanita Lane, Ste. C
Tiburon CA 94920
Ph: 415-781-3500
Fax: 1-866-295-5669

Michael O. Lamphere (CA 144219)
Lamphere Law Offices
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-461-9727
Fax: 415-461-9725

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustee of the
Mario and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and Virginia Pellegrini, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Technichem, Inc., a California corporation, et al., et al.,<br><br>Defendants.<br>_______________________________/ | Case no. 07-CV-02497-CRB<br><br>**NOTICE OF JOINT MOTION TO STAY PROCEEDINGS**<br><br>Hearing Date: July 25, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Charles Brewer<br>Courtroom 8<br><br>Trial date: October 6, 2008 |

To the parties and the Court:

Please take notice that on July 25, 2008 at 10:00 a.m. in Courtroom 8 of the above Court, the Hon. Charles Brewer presiding, Virginia Pellegrini, individually and in her capacity as trustee, and defendants Technichem, Inc. and affiliated defendants Mark J. Ng and Stephen S. Tung, who together are all of the parties who have appeared in this case, will present their joint motion for an order staying

these proceedings pending litigation of substantially similar issues in a pending state court action.

The motion will be based on this notice, the memorandum of points and authorities and declaration of Benjamin H. Ballard filed herewith, pertinent documents in the Court's file and other evidence the Court might properly consider in connection with the motion.

Date: June 19, 2008

Ballard Law Office
Lamphere Law Office

By: ______________________
Benjamin H. Ballard

Attorneys for Plaintiffs

Gordon & Rees LLP

By: ______________________
Paul A. Henreid

Attorneys for Defendants Technichem, Inc.. Mark J. Ng and Stephen S. Tung

# *PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

NOTICE OF MOTION IN TO STAY PROCEEDINGS, RELATED MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF BENJAMIN H. BALLARD AND PROPOSED ORDER

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service): I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 19, 2008

/s/ Benjamin H. Ballard