1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11                          UNITED STATES DISTRICT COURT
12
                            NORTHERN DISTRICT OF CALIFORNIA
13

14  Virginia Pellegrini, Trustee of the Mario J.         Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,                 [Proposed]
16            Plaintiff,                                 **ORDER GRANTING MOTION TO STAY PROCEEDINGS**
17     vs.
                                                         Hearing Date: July 25, 2008
18  Technichem, Inc., a California corporation,          Time: 10:00 a.m.
    et al., et al.,                                      Court: Hon. Charles Brewer,
19                                                              Courtroom 8
20            Defendants.
                                                    /
21

22     The joint motion of plaintiffs and Defendants Technichem, Inc., Mark J. Ng and Stephen S. Tung

23  for an order staying these proceedings came on regularly for hearing before the undesigned on July 25,

24  2008 at 10:00 a.m. in Courtroom 8 of this Court. The Court has considered all written and oral

25  arguments submitted in support of the motion.

26

27

28  ─────────────────────────────────────────────────────────────
                   [Proposed] ORDER RE MOTION TO STAY PROCEEDINGS
                              Case no. 07-CV-02497-CRB
                                         -1-

1   The Court finds that notice of the motion has been duly given, and that there is good cause to
2   grant the motion. Therefore, the Court orders that all proceedings in this action are stayed pending
3   further notice of Court. The parties who have appeared in this action shall jointly inform the Court of
4   the claimed need for extension of the stay, or suggested other disposition of the case, not later than
5   January 30, 2009.

_____
Charles Breyer,
United States District Court Judge