Benjamin H. Ballard (CA 94772)
Ballard Law Office
1606 Juanita Lane, Ste. C
Tiburon CA 94920
Ph: 415-781-3500
Fax: 1-866-295-5669

Michael O. Lamphere (CA 144219)
Lamphere Law Offices
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-461-9727
Fax: 415-461-9725

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustee of the
Mario and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and Virginia Pellegrini, and individual,<br><br>        Plaintiff,<br><br>vs.<br><br>Technichem, Inc., a California corporation, et al., et al.,<br><br>        Defendants.<br>_____/ | Case no. 07-CV-02497-CRB<br><br>**JOINT EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR ALL DEFENDANTS TO FILE RESPONSES TO AMENDED COMPLAINT PENDING HEARING OF JOINT MOTION TO STAY PROCEEDINGS; [Proposed] ORDER**<br><br>App. Presentation date: June 20, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Charles Brewer<br>        Courtroom 8<br><br>Trial date: October 6, 2008 |

**EX PARTE APPLICATION**

Plaintiff Virginia Pellegrini, individually and in her capacity as trustee, and defendants Technichem, Inc. and affiliated defendants Mark J. Ng and Stephen S. Tung, who together are all of the parties who have appeared in this case, by and through their undersigned counsel below hereby apply ex

1  parte for an order that: time for all defendants to file responses to plaintiffs' amended complaint shall be
2  extended until after the Court has ruled on those parties' joint motion to stay these proceedings.

### STIPULATED BASIS FOR THE APPLICATION

Applicants have filed a joint motion to stay proceedings in this action so that litigation may proceed without wasteful overlap in a pending Alameda County Superior Court case involving the same issue. It is the only forum in which all interested parties can be joined and the matter completely resolved without piecemeal and parallel litigations in both courts.

The motion has been set for July 25, 2008, the earliest available date. Meanwhile, unless the Court orders otherwise, before then many parties - including newly served parties - must file responses to plaintiffs' first amended complaint. Of these, many already have been granted extensions of time to respond.

To avoid the substantial burden, cost and expense not just to applicants but to all concerned - particularly the new defendants, all of whom will be excused from appearance and further participation in this case if the motion is granted, but also the Court, who will spared review, processing and consideration of numerous otherwise unnecessary stipulations, answers and other filings.

No other parties have appeared in this case. The interests of no persons will be compromised by extending time in such a reasonable fashion. Applicants therefore request that the requested order issue immediately, ex parte.

Ballard Law Office
Lamphere Law Office

By: _____
Benjamin H. Ballard

Attorneys for Plaintiffs

Gordon & Rees LLP

By: _____
Paul A. Henreid

Attorneys for Defendants Technichem, Inc..
Mark J. Ng and Stephen S. Tung

[PROPOSED ORDER FOLLOWS NEXT PAGE]

EX PARTE APPLICATION FOR ORDER EXTENDING TIME FOR ALL DEFENDANTS TO FILE RESPONSES....
Case no. 07-CV-02497-CRB
-2-

1 **ORDER**

2     Good cause appearing therefore, on stipulation of the parties, who are the only parties who have
3 appeared in this action, it is ORDERED that time for all defendants to file responses to plaintiffs'
4 amended complaint shall be extended until after the Court has ruled on those parties' joint motion to stay
5 these proceedings set for hearing on July 25, 2008.

6     Date: June ____, 2008

8     _____
    Charles Breyer,
9     United States District Court Judge

***PROOF OF SERVICE***

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

EX PART APPLICATION FOR ORDER EXTENDING TIME FOR ALL DEFENDANTS TO FILE RESPONSE TO AMENDED COMPLAINT PENDING HEARING OF JOINT MOTION TO STAY PROCEEDINGS; [Proposed] ORDER

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x   (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 19, 2008

/s/ Benjamin H. Ballard