1   Benjamin H. Ballard (CA 94772)
    Ballard Law Office
2   1606 Juanita Lane, Ste. C
    Tiburon CA 94920
3   Ph: 415-781-3500
    Fax: 1-866-295-5669
4
    Michael O. Lamphere (CA 144219)
5   Lamphere Law Offices
    900 Larkspur Landing Circle, Ste. 179
6   Larkspur CA 94939
    Ph: 415-461-9727
7   Fax: 415-461-9725

8   Attorneys for Plaintiffs
    Virginia Pellegrini and
9   Virginia Pellegrini, Trustee of the
    Mario and Virginia E. Pellegrini Trust
10

11                  UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13

14  Virginia Pellegrini, Trustee of the Mario J.          Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,                  [Proposed]
16              Plaintiff,                                 **ORDER GRANTING EX PARTE**
                                                           **APPLICATION FOR ORDER**
17  vs.                                                    **EXTENDING TIME FOR ALL**
                                                           **DEFENDANTS TO FILE RESPONSES**
18  Technichem, Inc., a California corporation,            **TO AMENDED COMPLAINT PENDING**
    et al., et al.,                                        **HEARING OF JOINT MOTION TO**
19                                                         **STAY PROCEEDINGS;**
20              Defendants.
    _____/                     App. Presentation Date: June 20, 2008
21                                                         Time: 10:00 a.m.
                                                           Court: Hon. Charles Brewer,
22                                                                 Courtroom 8

23          The undersigned has considered the Application for Order Extending Time for All Defendants to

24  File Responses to Amended Complaint Pending Hearing of Joint Motion to Stay Proceedings.  The

25  Court finds that the application has been submitted by all parties who have appeared in this action, and

26  that the application has merit and should be granted.  Therefore, it is ORDERED that time for all

27

28
    _____