1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725

8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.    Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,            [Proposed]

16           Plaintiff,                             **ORDER GRANTING EX PARTE
                                                    APPLICATION FOR ORDER
17  vs.                                             EXTENDING TIME FOR ALL
                                                    DEFENDANTS TO FILE RESPONSES
18  Technichem, Inc., a California corporation,     TO AMENDED COMPLAINT PENDING
    et al., et al.,                                 HEARING OF JOINT MOTION TO
19                                                  STAY PROCEEDINGS;**
             Defendants.
20  _____/             App. Presentation Date: June 20, 2008
                                                    Time: 10:00 a.m.
21                                                  Court: Hon. Charles Brewer,
                                                         Courtroom 8
22

23       The undersigned has considered the Application for Order Extending Time for All Defendants to

24  File Responses to Amended Complaint Pending Hearing of Joint Motion to Stay Proceedings.  The

25  Court finds that the application has been submitted by all parties who have appeared in this action, and

26  that the application has merit and should be granted.  Therefore, it is ORDERED that time for all

27

28  _____
    [Proposed] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME....
    Case no. 07-CV-02497-CRB
    -1-

1  defendants to file responses to plaintiffs' amended complaint shall be extended until after the Court has

2  ruled on those parties' joint motion to stay these proceedings set for hearing on July 25, 2008.

3       Date: June ____, 2008

_____
Charles Breyer,
United States District Court Judge