Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual<br><br>Plaintiff,<br><br>v.<br><br>TECHNICHEM, INC., a California corporation; MARK J. NG, an individual; and STEPHEN S. TUNG, an individual,<br><br>Defendants. | Case No. 07-CV-02497-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY ACTION PENDING GOVERNMENT REMEDIATION**<br><br>Hearing Date: July 25, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Charles R. Breyer<br><br>Complaint Filed: May 9, 2007<br>Trial Date: October 6, 2008 |

The Court has heard the motion brought by defendants Technichem, Inc., Mark J. Ng, and Stephen S. Tung to stay further proceedings in this case pending the investigation and remediation by the California Department of Toxic Substances Control of the subject property.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

- 1 -
PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO STAY ACTION
Case No. 07-CV-02497 CRB

**ORDER**

For good cause shown,

IT IS HEREBY ORDERED that all proceedings in the instant action are stayed pending the outcome of the investigation and remediation by the California Department of Toxic Substances Control of the subject property.

IT IS SO ORDERED.

Dated: _____    _____
Hon. Charles R. Breyer

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28