BRIAN M. LEDGER (SBN: 156942)
bledger@gordonrees.com
PAUL HENREID (SBN: 214527)
phenreid@gordonrees.com
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Defendants
TECHNICHEM, INC., A CALIFORNIA CORPORATION; MARK J. NG, AN INDIVIDUAL; STEPHEN S. TUNG, AN INDIVIDUAL

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and VIRGINIA PELLEGRINI, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>TECHNICHEM, INC., a California corporation, MARK J. NG, an individual; STEPHEN S. TUNG, an individual,<br><br>  Defendants. | CASE NO. 07-CV-02497-CRB<br><br>**PROOF OF SERVICE**<br><br>Courtroom: 8, 19th Floor<br>Judge: Charles R. Breyer<br><br>Complaint filed: May 9, 2007 |

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 1600, San Diego, California 92101.

On June 20, 2008, I served the following document(s):

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING GOVERNMENT REMEDIATION; POINTS AND AUTHORITIES; DECLARATION OF BRIAN M. LEDGER**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

| | |
|---|---|
| Anna L. Nguyen<br>Wactor & Wick LLP<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612-3572<br>Ph: (510) 465-5750<br>Fax: (510) 465-5697<br>anguyen@ww-envlaw.com | William D. Wick<br>Wactor & Wick LLP<br>180 Grand Avenue, Ste. 950<br>Oakland, CA 94612-3572<br>Ph.: (510) 465-5750<br>Fax: (510) 465-5697<br>bwick@ww-envlaw.com |
| Jon K. Wactor<br>Luce Forward Hamilton & Scripps LLP<br>121 Spear Street, Ste. 200<br>San Francisco, CA 94105 | |

**( x ) BY MAIL**. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business AS TO ANNA LE NGUYEN AND JON KARL WACTOR.

**( ) BY FAX**. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee.

**( ) BY PERSONAL SERVICE**. I hand-delivered said document(s) to the addressee.

**( ) PERSONAL SERVICE BY CAUSE**. I caused said documents to be hand-delivered to the addressee on June 20, 2008.

**( ) BY OVERNIGHT MAIL** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery.

**( x ) BY ELECTRONIC FILING**. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2008.

/s/ *Debra Hood*
Debra Hood

- 2 -
PROOF OF SERVICE