1   Benjamin H. Ballard (CA 94772)
    Ballard Law Office
2   1606 Juanita Lane, Ste. C
    Tiburon CA 94920
3   Ph: 415-781-3500
    Fax: 1-866-295-5669
4
    Michael O. Lamphere (CA 144219)
5   Lamphere Law Offices
    900 Larkspur Landing Circle, Ste. 179
6   Larkspur CA 94939
    Ph: 415-461-9727
7   Fax: 415-461-9725

8   Attorneys for Plaintiffs
    Virginia Pellegrini and
9   Virginia Pellegrini, Trustee of the
    Mario and Virginia E. Pellegrini Trust
10

11                       UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14   Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
     and Virginia E. Pellegrini Trust, and
15   Virginia Pellegrini, and individual,               [Proposed]

16            Plaintiff,                                 **ORDER GRANTING EX PARTE
                                                        APPLICATION FOR ORDER
17   vs.                                                EXTENDING TIME FOR ALL
                                                        DEFENDANTS TO FILE RESPONSES
18   Technichem, Inc., a California corporation,        TO AMENDED COMPLAINT PENDING
     et al., et al.,                                    HEARING OF JOINT MOTION TO
19                                                      STAY PROCEEDINGS;**

20            Defendants.                                App. Presentation Date: June 20, 2008
     _____/                  Time: 10:00 a.m.
21                                                      Court: Hon. Charles Brewer,
                                                             Courtroom 8
22

23          The undersigned has considered the Application for Order Extending Time for All Defendants to

24   File Responses to Amended Complaint Pending Hearing of Joint Motion to Stay Proceedings.  The

25   Court finds that the application has been submitted by all parties who have appeared in this action, and

26   that the application has merit and should be granted.  Therefore, it is ORDERED that time for all

27

28
     _____

1   defendants to file responses to plaintiffs' amended complaint shall be extended until after the Court has

2   ruled on those parties' joint motion to stay these proceedings set for hearing on July 25, 2008.

3        Date: June  20 , 2008

4

5                          Charles Breyer,

6                          United States District Judge

7              IT IS SO ORDERED

8

9                   Judge Charles R. Breyer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28