Benjamin H. Ballard (CA 94772)
Ballard Law Office
1606 Juanita Lane, Ste. C
Tiburon CA 94920
Ph: 415-781-3500
Fax: 1-866-295-5669

Michael O. Lamphere (CA 144219)
Lamphere Law Offices
900 Larkspur Landing Circle, Ste. 179
Larkspur CA 94939
Ph: 415-461-9727
Fax: 415-461-9725

Attorneys for Plaintiffs
Virginia Pellegrini and
Virginia Pellegrini, Trustee of the
Mario and Virginia E. Pellegrini Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust, and Virginia Pellegrini, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Technichem, Inc., a California corporation, et al., et al.,<br><br>Defendants. | Case no. 07-CV-02497-CRB<br><br>**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT BONDED CLEANERS [Rule 41(a), FRCP]** |

1    In accordance with Rule 41(a) FRCP, plaintiffs hereby dismiss their claims against defendant
2 Bonded Cleaners, without prejudice, the parties to bear their own costs. No answer or motion for
3 summary judgment has been filed.

4    Date: June 20, 2008

Ballard Law Office
Lamphere Law Offices

By: *[signature]*
Benjamin H. Ballard
Attorneys for Plaintiffs

Bonded Cleaners stipulates to dismissal on these terms.

Date: June 20, 2008

Bonded Cleaners

By: *[signature]*
Victor Ragone

---

NOTICE OF VOLUNTARY DISMISSAL OF DEF. BONDED CLEANERS    171.000/2077
Case no. 07-CV-02497-CRB
-2-

*PROOF OF SERVICE*

I, Benjamin H. Ballard, hereby declare:

I am employed in the County of Marin, State of California; I am over the age of eighteen and not a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

On the date listed below, I served the following document(s):

**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT BONDED CLEANERS [Rule 41(a), FRCP]**

on all the parties in this action and/or the following persons at the addresses shown:

Brian M. Ledger
Paul A. Henreid
Gordon &Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

x    (e-filing) I electronically filed the documents with the United States District Court, Northern District of California through CM/ECF (E-file).

(personal service):  I caused envelopes addressed to them containing the documents to be delivered by hand to them.

(overnight delivery) I caused envelopes addressed to them containing the documents to be deposited at Tiburon, California with shipping charges prepaid for overnight delivery by Federal Express or other, equivalent overnight delivery service.

(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the U.S. Mail at Tiburon, California.

(email) I emailed the documents to them at the email addresses shown.

(fax) I faxed the documents to them at the fax numbers shown

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on at Tiburon, California on June 23, 2008.

/s/ Benjamin H. Ballard