IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA PELLEGRINI, Trustee of the Mario J. and Virginia E. Pellegrini trust, and VIRGINIA PELLEGRINI, an individual,

    Plaintiffs,

v.

TECHNICHEM INC, et al.,

    Defendants.

No. C 07-02497 CRB

**ORDER**

    Now pending before the Court are the parties' joint motion to stay this federal action pending the resolution of a state court lawsuit in Alameda County. As there is good cause to stay these proceedings, the parties' joint motion is GRANTED and this action is STAYED. The Clerk shall administratively close this action until plaintiff advises the Court that it should reopened.

    **IT IS SO ORDERED.**

Dated: July 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2497\orderrestay.wpd