1  Benjamin H. Ballard (CA 94772)
   Ballard Law Office
2  1606 Juanita Lane, Ste. C
   Tiburon CA 94920
3  Ph: 415-781-3500
   Fax: 1-866-295-5669
4
   Michael O. Lamphere (CA 144219)
5  Lamphere Law Offices
   900 Larkspur Landing Circle, Ste. 179
6  Larkspur CA 94939
   Ph: 415-461-9727
7  Fax: 415-461-9725
8  Attorneys for Plaintiffs
   Virginia Pellegrini and
9  Virginia Pellegrini, Trustee of the
   Mario and Virginia E. Pellegrini Trust
10

11            UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13

14  Virginia Pellegrini, Trustee of the Mario J.        Case no. 07-CV-02497-CRB
    and Virginia E. Pellegrini Trust, and
15  Virginia Pellegrini, and individual,
                                                         **NOTICE OF PLAINTIFFS'**
16              Plaintiff,                               **VOLUNTARY DISMISSAL OF**
                                                         **DEFENDANT R. BAUERLE**
17  vs.                                                  **TRUCKING [Rule 41(a), FRCP]**

18  Technichem, Inc., a California corporation,
    et al., et al.,
19
                Defendants.
20  _____/

21

22

23

24

25

26

27

28
_____

1    In accordance with Rule 41(a) FRCP, plaintiffs hereby dismiss their claims against defendant R.

2   Bauerle Trucking, without prejudice, the parties to bear their own costs.  No answer or motion for

3   summary judgment has been filed.

4    Date: June 18, 2008

5                                                Ballard Law Office
                                                 Lamphere Law Offices
6

7

8                                           By: _____
                                                 Benjamin H. Ballard
9                                                Attorneys for Plaintiffs

10

11   R. Bauerle Trucking stipulates to dismissal on these terms.

12   Date: June ʹ4, 2008

13

14   Willoughby, Stuart & Bening, APC

15

16   By: _____
          Randall E. Willoughby
17

18   Attorneys for Defendant
     R. Bauerle Trucking

19

20

21

22

23

24

25

26

27

28

1

***PROOF OF SERVICE***

2

I, Benjamin H. Ballard, hereby declare:

3

I am employed in the County of Marin, State of California; I am over the age of eighteen and not

4
a party to the within action; my business address is 1606 Juanita Lane, Ste. C, Tiburon CA 94920.

5

On the date listed below, I served the following document(s):

6

**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF
DEFENDANT R. BAUERLE TRUCKING [Rule 41(a), FRCP]**

7

8

on all the parties in this action and/or the following persons at the addresses shown:

9

10
Brian M. Ledger
Paul A. Henreid

11
Gordon &Rees LLP
101 West Broadway

12
Suite 1600
San Diego, CA 92101

13
Attorneys for Defendants Technichem Inc.,
Mark J. Ng/ and Stephen S. Tung

14

15
x     (e-filing) I electronically filed the documents with the United States District Court, Northern
District of California through CM/ECF (E-file).

16
(personal service):  I caused envelopes addressed to them containing the documents to be
delivered by hand to them.

17

18
(overnight delivery) I caused envelopes addressed to them containing the documents to be
deposited at Tiburon, California with shipping charges prepaid for overnight delivery by
Federal Express or other, equivalent overnight delivery service.

19

20
(mail) I caused envelopes addressed to them to be deposited with postage prepaid in the
U.S. Mail at Tiburon, California.

21
(email) I emailed the documents to them at the email addresses shown.

22
(fax) I faxed the documents to them at the fax numbers shown

23
I declare under penalty of perjury under the laws of the State of California that the above is true
and correct. Executed on at Tiburon, California on July 28, 2008.

24

25
/s/ Benjamin H. Ballard

26

27

28